Jonathan L. Hochman (JH 7072)
Matthew A. Katz (MK 4252)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005
(212) 277-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
JEFFREY O. SWOPE,

                Plaintiff,

                vs.

FIDUCIARY ASSET MANAGEMENT, L.L.C.,

                Defendant.
---------------------------------------------------------------- X

Case No. 07 CV 6921 (BSJ)

**RULE 7.1 DISCLOSURE STATEMENT OF FIDUCIARY ASSET MANAGEMENT, L.L.C.**

(*ECF Case*)

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, please be advised that Fiduciary Asset Management, L.L.C. ("FAM") is a private non-governmental entity with neither a parent corporation nor a publicly-held corporate owner of 10% or more of its stock.

{00032867}

Dated: New York, New York
      August 1, 2007

                              SCHINDLER COHEN & HOCHMAN LLP

                              By: _____
                                  Jonathan L. Hochman (JH 7072)
                                  Matthew A. Katz (MK 4252)

                              100 Wall Street, 15th Floor
                              New York, New York  10005
                              (212) 277-6300

                              **OF COUNSEL:**

                              Stanley G. Schroeder
                              Robert W. Stewart
                              The Lowenbaum Partnership, L.L.C.
                              222 South Central Avenue, Suite 901
                              Clayton, MO 63105
                              (314) 746-4835 – Direct
                              (314) 746-4825 – Direct
                              (314) 863-0092 - Main
                              (314) 746-4848 - Fax
                              sschroeder@lowenbaumlaw.com
                              rstewart@lowenbaumlaw.com

                              *Attorneys for Defendant*
                              *Fiduciary Asset Management, L.L.C.*