**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- X
                        :

JEFFREY O. SWOPE,              :

           Plaintiff,    :    Case No. 07-CV-6921 (BSJ)

               :

        vs.         :    *(ECF Case)*

               :

FIDUCIARY ASSET MANAGEMENT, L.L.C.,  :

               :

        Defendant.    :

               :

-------------------------------------------------------------- X

**DECLARATION OF MATTHEW A. KATZ, ESQ. IN SUPPORT**
**OF DEFENDANT FIDUCIARY ASSET MANAGEMENT, L.L.C.'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

MATTHEW A. KATZ, ESQ., pursuant to 28 U.S.C. § 1746, declares as follows:

    1.    I am an associate with the law firm of Schindler Cohen & Hochman LLP.

Together with The Lowenbaum Partnership, L.L.C., we represent Defendant Fiduciary Asset

Management, L.L.C. ("FAMCO") in the above-captioned action.[1]  I make this declaration in

support of FAMCO's Motion to Dismiss Plaintiff's Complaint.

    2.    Attached as Exhibit A is a true and correct copy of the letter dated January 2,

2007 from Jeffrey O. Swope's attorney, William L. Sessions, to Joe Gallagher of FAM.

    3.    Attached as Exhibit B is a true and correct copy of the docket in *Fiduciary Asset*

*Management, L.L.C. v. Jeffrey O. Swope*, Case No 07-301, as it appeared on the Eastern District

of Missouri's CM/ECF website on August 7, 2007.

---

[1]    FAMCO intends to submit a motion for the admission *pro hac vice* of one or more
attorneys from the Lowenbaum Partnership in the near future.

{00032891}

4.    Attached as Exhibit C is a true and correct copy of Plaintiff's complaint herein, originally filed in New York Supreme Court for the County of New York on June 29, 2007.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 8, 2007 in New York, New York.

_____
Matthew A. Katz