# Exhibit B

# U.S. District Court
## Eastern District of Missouri (LIVE) (St. Louis)
### CIVIL DOCKET FOR CASE #: 4:07-cv-00301-HEA

| | |
|---|---|
| Fiduciary Asset Management, LLC vs. Jeffrey O. Swope | Date Filed: 02/12/2007 |
| Assigned to: Honorable Henry E. Autrey | Jury Demand: None |
| Demand: $14,000,000,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Other Contract | Jurisdiction: Diversity |

**Plaintiff**

**Fiduciary Asset Management, LLC**    represented by    **Matthew B. Robinson**
LOWENBAUM PARTNERSHIP, L.L.C.
222 S. Central Avenue
Suite 901
St. Louis, MO 63105
314-746-4802
Fax: 314-746-4848
Email: mbr@lowenbaumlaw.com
*ATTORNEY TO BE NOTICED*

**Robert W. Stewart**
LOWENBAUM PARTNERSHIP, L.L.C.
222 S. Central Avenue
Suite 901
St. Louis, MO 63105
314-746-4825
Fax: 314-746-4848
Email: rstewart@lowenbaumlaw.com
*ATTORNEY TO BE NOTICED*

**Stanley G. Schroeder**
LOWENBAUM PARTNERSHIP, L.L.C.
222 S. Central Avenue
Suite 901
St. Louis, MO 63105
314-746-4835
Fax: 314-746-4848
Email: sschroeder@lowenbaumlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jeffrey O Swope**    represented by    **Todd A. Higgins**

CROSBY & HIGGINS LLP
500 Fifth Avenue
Suite 1410
New York, NY 10110
US
646-452-2300
Fax: 646-452-2301
Email: thiggins@crosbyhiggins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2007 | 1 | COMPLAINT against Defendant Jeffrey O Swope filed by Fiduciary Asset Management, LLC. Fee paid in the amount of $350.00 with receipt number 1016326. (Attachments: # 1 Appendix 1 Demand Letter) (Stewart, Robert) Modified on 2/12/2007 (CDD, ). Additional attachment(s) added on 2/12/2007 (CDD, ). (Entered: 02/12/2007) |
| 02/12/2007 | 2 | WAIVER of Service issued for Defendant Jeffrey O Swope. Waiver sent to Jeffrey O Swope on 2/12/2007 filed by Fiduciary Asset Management, LLC. Waiver of Service due by 3/14/2007. (Stewart, Robert) Modified on 2/12/2007 (CDD, ). (Entered: 02/12/2007) |
| 02/12/2007 | 3 | DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE filed by Plaintiff Fiduciary Asset Management, LLC. Parent companies: None, Subsidiaries: None, Publicly held company: None. (Stewart, Robert) Modified on 2/12/2007 (CDD, ). (Entered: 02/12/2007) |
| 03/20/2007 | 4 | Waiver of Service Returned Unexecuted filed by Fiduciary Asset Management, LLC as to Jeffrey O Swope. (Attachments: # 1 Exhibit A - Waiver Unexecuted# 2 Summons Summons)(Stewart, Robert) (Entered: 03/20/2007) |
| 03/22/2007 |  | Docket Text ORDER: ; ORDERED SO ORDERED RE: [Doc. #4 Request to Issue Alias Summons] (Signed and Sealed Summons mailed to Pltf Atty). Signed by Judge Henry E. Autrey on 3/22/07. (MJM, ) (Entered: 03/22/2007) |
| 03/22/2007 | 5 | NOTICE OF PRIVATE PROCESS SERVER by Plaintiff Fiduciary Asset Management, LLC Process Server Robert Aiken, (Stewart, Robert) (Entered: 03/22/2007) |
| 03/22/2007 |  | Summons Reissued as to defendant Jeffrey O Swope. Alias summons issued (MJM, ) (Entered: 03/23/2007) |
| 04/06/2007 | 6 | Summons Returned Unexecuted by Fiduciary Asset Management, LLC as to Jeffrey O Swope. (Stewart, Robert) (Entered: 04/06/2007) |
| 04/06/2007 | 7 | NOTICE by Plaintiff Fiduciary Asset Management, LLC Intent to Use Process Server: (Stewart, Robert) (Entered: 04/06/2007) |

| | | |
|---|---|---|
| 04/06/2007 | 8 | MEMORANDUM re 6 Summons Returned Unexecuted, 7 Notice (Other) by Plaintiff Fiduciary Asset Management, LLC. (Attachments: # 1 Summons)(Stewart, Robert) (Entered: 04/06/2007) |
| 04/06/2007 | | Summons Reissued ( 1 @ 20 days ) as to Defendant Jeffrey O Swope. Pluries summons issued. (CDD, ) (Entered: 04/06/2007) |
| 04/18/2007 | 9 | NOTICE OF PRIVATE PROCESS SERVER by Plaintiff Fiduciary Asset Management, LLC Process Server Robert Aikens, (Attachments: # 1 Summons Alias Summons)(Schroeder, Stanley) (Entered: 04/18/2007) |
| 04/19/2007 | | Summons Reissued as to defendant Jeffrey O Swope. Alias summons issued (mailed to pltff.'s counsel) (CLA, ) (Entered: 04/19/2007) |
| 06/01/2007 | 10 | SUMMONS Returned Executed filed by Fiduciary Asset Management, LLC. Fiduciary Asset Management, LLC served on 5/12/2007, answer due 6/1/2007. (Schroeder, Stanley) (Entered: 06/01/2007) |
| 07/27/2007 | 11 | MOTION for Costs *of Service of Process* by Plaintiff Fiduciary Asset Management, LLC. (Schroeder, Stanley) (Entered: 07/27/2007) |
| 07/27/2007 | 12 | ENTRY of Appearance by Stanley G. Schroeder for Plaintiff Fiduciary Asset Management, LLC. (Schroeder, Stanley) (Entered: 07/27/2007) |
| 07/27/2007 | 13 | ENTRY of Appearance by Matthew B. Robinson for Plaintiff Fiduciary Asset Management, LLC. (Robinson, Matthew) (Entered: 07/27/2007) |
| 07/27/2007 | 14 | MEMORANDUM in Support of Motion re 11 MOTION for Costs *of Service of Process* filed by Plaintiff Fiduciary Asset Management, LLC. (Attachments: # 1 Exhibit 1 - Letter With Waiver of Service Form# 2 Exhibit 2 - Return Receipt# 3 Exhibit 3 - Affidavit of Robert Akin# 4 Exhibit 4 - Affidavit of James Griffith)(Schroeder, Stanley) (Entered: 07/27/2007) |
| 07/27/2007 | | ***REMARK Entry of Appearances to be re-filed due to typo in body a document...Entry of Appearances for Plaintiff, not defendant*** (MJM, ) (Entered: 07/27/2007) |
| 07/27/2007 | 15 | ENTRY of Appearance by Matthew B. Robinson for Plaintiff Fiduciary Asset Management, LLC. (Robinson, Matthew) (Entered: 07/27/2007) |
| 07/27/2007 | 16 | ENTRY of Appearance by Stanley G. Schroeder for Plaintiff Fiduciary Asset Management, LLC. (Schroeder, Stanley) (Entered: 07/27/2007) |
| 07/27/2007 | 17 | AFFIDAVIT re 14 Memorandum in Support of Motion, by Plaintiff Fiduciary Asset Management, LLC. (Attachments: # 1 Exhibit A - Akin Invoice# 2 Exhibit B - Griffith Invoice# 3 Exhibit C - Costs of Serving Mr. Swope# 4 Exhibit D - Costs of Preparing Motion for Recovery of Costs)(Schroeder, Stanley) (Entered: 07/27/2007) |
| 07/27/2007 | 18 | MOTION for Entry of Clerk's Default against Defendant Jeffrey O. Swope by Plaintiff Fiduciary Asset Management, LLC. (Schroeder, Stanley) (Entered: 07/27/2007) |
| 07/27/2007 | 19 | MEMORANDUM in Support of Motion re 18 MOTION for Entry of |

|  |  |  |
|---|---|---|
|  |  | Clerk's Default against Defendant Jeffrey O. Swope filed by Plaintiff Fiduciary Asset Management, LLC. (Schroeder, Stanley) (Entered: 07/27/2007) |
| 07/27/2007 | 20 | AFFIDAVIT re 19 Memorandum in Support of Motion by Plaintiff Fiduciary Asset Management, LLC. (Attachments: # 1 Exhibit A - New York Original Complaint)(Schroeder, Stanley) (Entered: 07/27/2007) |
| 08/01/2007 | 21 | Clerk's ENTRY OF DEFAULT as to Defendant Jeffrey O Swope cc: deft. (CEL, ) (Modified on 8/2/2007 (CEL, ) - atty Higgins mailed copy of default). (Entered: 08/01/2007) |
| 08/01/2007 | 22 | Verified MOTION for Admission Pro Hac Vice of Todd A. Higgins (Filing fee $100) by Defendant Jeffrey O Swope. (TRC) (Entered: 08/01/2007) |
| 08/01/2007 |  | Receipt # S2007-009133 in the amount of $100.00 for ATTORNEY ADM. FEE - PHV on behalf of HIGGINS, TODD A.. (CSW,) (Entered: 08/01/2007) |
| 08/02/2007 |  | ***REMARK - motion for default judgment forwarded to Judge Autrey for review (CEL, ) (Entered: 08/02/2007) |
| 08/02/2007 | 23 | ORDER granting 22 Motion for Leave to Appear Pro Hac Vice Todd A. Higgins Added Todd A. Higgins for Jeffrey O Swope Signed by Judge Henry E. Autrey on 8/2/07. (CEL, ) (Entered: 08/02/2007) |
| 08/02/2007 |  | ORDER RECEIPT: (see receipt) Thu Aug 2 15:02:58 CDT 2007 (CEL, ) (Entered: 08/02/2007) |
| 08/06/2007 | 24 | MEMORANDUM in Opposition re 18 MOTION for Entry of Clerk's Default against Defendant Jeffrey O. Swope, 11 MOTION for Costs *of Service of Process* filed by Defendant Jeffrey O Swope. (Higgins, Todd) (Entered: 08/06/2007) |
| 08/06/2007 | 25 | AFFIDAVIT re 24 Memorandum in Opposition to Motion by Defendant Jeffrey O Swope. (Higgins, Todd) (Entered: 08/06/2007) |
| 08/06/2007 | 26 | DECLARATION filed by Defendant Jeffrey O Swope re 24 Memorandum in Opposition to Motion. (Attachments: # 1 Exhibit A. Demand Letter# 2 Exhibit B. Response to Demand Letter# 3 Exhibit C. Letter - Business Address# 4 Exhibit D. Notice of Appearance, Substitution of Counsel# 5 Exhibit E. Pro Hac Vice Motion# 6 Exhibit F. Entry of Default# 7 Exhibit G. Notice of Removal)(Higgins, Todd) (Entered: 08/06/2007) |

| PACER Service Center |  |  |  |
|---|---|---|---|
| Transaction Receipt |  |  |  |
| 08/07/2007 13:58:25 |  |  |  |
| PACER Login: | lp0264 | Client Code: | fmc/swope |

| Description: | Docket Report | Search Criteria: | 4:07-cv-00301-HEA |
|---|---|---|---|
| Billable Pages: | 3 | Cost: | 0.24 |