SCHINDLER COHEN & HOCHMAN LLP
Jonathan L. Hochman (JH 7072)
Matthew A. Katz (MK 4252)
100 Wall Street, 15th Floor
New York, New York  10005
*Attorneys for Fiduciary Asset Management, L.L.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
JEFFREY O. SWOPE,

            Plaintiff,      :   Case No. 07-CV-6921 (BSJ)

            vs.      :   **CERTIFICATE OF SERVICE**

FIDUCIARY ASSET MANAGEMENT, L.L.C.,   :   (*ECF Case*)

            Defendant.
------------------------------------------------------------------ X

     I, Matthew A. Katz, hereby certify that I caused a copy of Fiduciary Asset Management, L.L.C.'s Notice of Motion to Dismiss Plaintiff's Complaint, along with the Memorandum of Law, the Affidavit of Charles D. Walbrandt, and the Declaration of Matthew A. Katz in support thereof, to be served on the 8th day of August by DHL Express mail upon:

    Todd A. Higgins, Esq.
    Crosby & Higgins LLP
    500 Fifth Avenue, Suite 1410
    New York, NY 10110

Mr. Higgins represented in a telephone conversation with me that he is authorized to accept service on behalf of Jeffrey O. Swope at the aforesaid address with respect to the above-captioned action.


                                                      _____s/ Matthew A. Katz_____
                                                           Matthew A. Katz

{00033005}