# Exhibit
# A



| First Name | First Name | Last Name | Job Title | Firm Name | Address |
|---|---|---|---|---|---|
| Deborah | Deborah | McGinnis | Executive Assistant | Honeywell International Inc. | 101 Columbia Road |
| Raymond | Raymond | Colotti | Corporate Vice President & Treasurer | Automatic Data Processing, Inc. | One ADP Boulevard, MS 420 |
| Barbara | Barbara | Kontje | Manager-Retirement Plan Investments | Automatic Data Processing, Inc. | One ADP Boulevard, MS 420 |
| Michael | Michael | Eisner | Vice President & Chief Investment Officer | Avaya, Inc. | 211 Mount Airy Road |
| Alayne | Alayne | Gatti | Senior Manager-Investments | Avaya, Inc. | 211 Mount Airy Road |
| Joseph | Joseph | Kulhanek | Director-Pensions & Trust Investments | Avon Products, Inc. | 1345 Avenue of the Americas |
| Christopher | Christopher | Krauss | Director-Employee Benefit Assets | BASF Corp. | 100 Campus Drive, Mail Stop F-413 |
| Gerald | Gerald | Caporicci | Director-U.S. Treasury | Becton, Dickinson & Co. | One Becton Drive |
| Caren | Caren | Bianco | Director-Asset Management | Celanese Americas Corporation | 550 U.S. Highway 202/206, Suite 310 |
| Ed | Ed | Pietroski | Senior Vice President-Compensation & Benefits & HRIS | Cendant Corporation | One Campus Drive |
| Deborah | Deborah | Miller | Associate Director-Pension Management | Colgate-Palmolive Company | 300 Park Avenue, 14th Floor |
| Janet | Janet | Krone | Director-Pension Management | Consolidated Edison Company of NY, Inc. | 4 Irving Place |
| Steven | Steven | Vigneron | Director-Benefits | Deutsche Bank North America Holding Corporation | 60 Wall Street, Mail Stop NYC60-2201 |

| City | State | Zip | Phone# | Contact's Email address |
|---|---|---|---|---|
| Morristown | NJ | 7962 | 973 455-2000 | |
| Roseland | NJ | 7068 | 973 974-5000 | |
| Roseland | NJ | 7068 | 973 974-5000 | barbara_kontje@adp.com |
| Basking Ridge | NJ | 7920 | 908 953-6000 | mreisner@avaya.com |
| Basking Ridge | NJ | 7920 | 908 953-6000 | agatti@avaya.com |
| New York | NY | 10105-0196 | 212 282-5237 | |
| Florham Park | NJ | 7932 | 973 245-6000 | kraussc@basf.com |
| Franklin Lakes | NJ | 07417-1880 | 201 847-6800 | gerald_caporicci@bd.com |
| Bedminster | NJ | 7921 | 908 901-4500 | caren.bianco@celanese.com |
| Parsippany | NJ | 7054 | 973 428-9700 | |
| New York | NY | 10022 | 212 310-2000 | deborah_miller@colpal.com |
| New York | NY | 10003-3502 | 212 460-4600 | kronej@coned.com |
| New York | NY | 10005 | 212 250-2500 | steven.vigneron@db.com |

| | First | Last | Title | Company | Address |
|---|---|---|---|---|---|
| ☑ | Biagio | Biagio | Manieri | Supervising Analyst | Federal Reserve Employee Benefits System | 744 Broad Street, Suite 2100 |
| ☑ | Tim | Tim | Haas | Chairman-Retirement Board | Fiat North America | 375 Park Avenue |
| ☑ | Eric | Eric | Doppstadt | Director-Private Equity | Ford Foundation | 320 East 43rd Street |
| ☑ | Clinton | Clinton | Stevenson | Director-Investment Administration | Ford Foundation | 320 East 43rd Street |
| ☑ | Jamie | Jamie | Behar | Managing Director-Real Estate | General Motors Asset Management | 767 Fifth Avenue |
| ☑ | Cheryl | Cheryl | Mintzer | Vice President-Retirement | Goldman, Sachs & Co. | 180 Maiden Lane, 24th Floor |
| ☑ | Robert | Robert | Broatch | Executive Vice President & Chief Financial Officer | Guardian Life Insurance of America | Seven Hanover Square |
| ☑ | Julie | Julie | Leopold | Manager-Finance | Hoffmann-La Roche, Inc. | 340 Kingsland Street |
| ☑ | Harsh | Harsh | Bansal | Vice President-Investments | Honeywell International Inc. | 101 Columbia Road |
| ☑ | Nancy | Nancy | Casablanca | Assistant Treasurer | Ingersoll-Rand | 155 Chestnut Ridge Road |
| ☑ | Clayton | Clayton | Young | Assistant Treasurer | ITT Industries, Inc. | 4 West Red Oak Lane |
| ☑ | William | William | Rauh | Director-Pension Funds | Johnson & Johnson | One Johnson & Johnson Plaza |

| City | State | ZIP | Phone | Email |
|---|---|---|---|---|
| Newark | NJ | 7102 | 973 848-3600 | |
| New York | NY | 10152-0002 | 212 355-2600 | tim.haas@cnh.com |
| New York | NY | 10017-4816 | 212 573-5000 | e.doppstadt@fordfound.org |
| New York | NY | 10017-4816 | 212 573-5000 | c.stevenson@fordfound.org |
| New York | NY | 10153-0013 | 212 418-6150 | |
| New York | NY | 10038 | 212 902-1000 | cheryl.mintzer@gs.com |
| New York | NY | 10004 | 212 919-3100 | robert_broatch@glic.com |
| Nutley | NJ | 07110-1199 | 973 235-5000 | julie.leopold@roche.com |
| Morristown | NJ | 7962 | 973 455-2000 | harsh.bansal@honeywell.com |
| Montvale | NJ | 07645-0445 | 201 573-0123 | nancy_casablanca@irco.com |
| White Plains | NY | 10604 | 914 641-2000 | clayton.young@itt.com |
| New Brunswick | NJ | 8933 | 732 524-0400 | |

| | First | Last | Title | Company | Address |
|---|---|---|---|---|---|
| ☑ | William | William McHugh | Managing Director-Corporate Treasury | JPMorgan Chase & Co. | 270 Park Avenue |
| ☑ | Timothy | Timothy Kiernan | Manager-Pension Investments | KeySpan Corporation | One Metrotech Center |
| ☑ | Barbara | Barbara Lupo | Director-Pension Investments | KeySpan Corporation | One Metrotech Center |
| ☑ | David | David Fey | Treasurer | L.I.C.R. Fund, Inc. | 605 Third Avenue, 33rd Floor |
| ☑ | Jane | Jane Parrish | Manager-Benefits | Loews Corporation | 667 Madison Avenue |
| ☑ | Michael | Michael Gutnick | Senior Vice President-Finance | Memorial Sloan-Kettering Cancer Center | 1275 York Avenue |
| ☑ | Richard | Richard Albanese | Manager-Pensions & Investments | Merck & Co., Inc. | One Merck Drive |
| ☑ | Michael | Michael Sautner | Director-Pensions & Investments | Merck & Co., Inc. | One Merck Drive |
| ☑ | Darrel | Darrel Olson | Director | Metropolitan Life Insurance Company | 10 Park Avenue |
| ☑ | Timothy | Timothy Schmidt | Senior Vice President-Investment Management | Metropolitan Life Insurance Company | 10 Park Avenue |
| ☑ | Ed | Ed Fenton | Director-Pensions | New Jersey Transit | One Penn Plaza, E. |
| ☑ | Anne | Anne Pollack | Senior Vice President & Chief Investment Officer | New York Life Insurance Co. | 51 Madison Avenue, Room 511 |

| City | State | ZIP | Phone | Email |
|---|---|---|---|---|
| New York | NY | 10017-2070 | 212 270-6000 | |
| Brooklyn | NY | 11201-3850 | 718 403-1000 | tkiernan@keyspanenergy.com |
| Brooklyn | NY | 11201-3850 | 718 403-1000 | blupo@keyspanenergy.com |
| New York | NY | 10158 | 212 450-1500 | dfey@utilicr.com |
| New York | NY | 10021-8029 | 212 521-2000 | jparrish@lortobco.com |
| New York | NY | 10021-6007 | 212 639-2000 | gutnickm@mskcc.org |
| Whitehouse Station | NJ | 08889-0100 | 908 423-1000 | richard_albanese@merck.com |
| Whitehouse Station | NJ | 08889-0100 | 908 423-1000 | michael_sautner@merck.com |
| Morristown | NJ | 7962 | 973 355-4316 | dolson@metlife.com |
| Morristown | NJ | 7962 | 973 355-4316 | tschmidt@metlife.com |
| Newark | NJ | 07105-2246 | 973 491-7000 | efenton@njtransit.com |
| New York | NY | 10010 | 212 576-7000 | apollack@newyorklife.com |

| | First | Last | Title | Company | Address |
|---|---|---|---|---|---|
| ☑ | R. | R. | Benten | Vice President & Treasurer | New York Times Company | 229 West 43rd Street, Treasury Department, 13th Floor |
| ☑ | Maurice | Maurice | Maertens | Chief Investment Officer | New York University | 838 Broadway, Room 515 |
| ☑ | David | David | Moroch | Treasury Manager | Novartis Corporation | 608 Fifth Avenue, 10th Floor |
| ☑ | Ken | Ken | Schuster | Vice President & Treasurer | Novartis Corporation | 608 Fifth Avenue, 10th Floor |
| ☑ | Horace | Horace | Caulkins | Senior Vice President & Chief Investment Officer | Pentegra Retirement Services | 108 Corporate Park Drive |
| ☐ | Marlene | Marlene | Forrester | Senior Treasury Manager-Pension | PepsiCo, Inc. | 700 Anderson Hill Road |
| ☑ | Ravi | Ravi | Tulysan | Senior Treasury Manager | PepsiCo, Inc. | 700 Anderson Hill Road |
| ☑ | Ron | Ron | Barin | Director-Benefit Financing | Pfizer, Inc. | 235 East 42nd Street |
| ☑ | Sharon | Sharon | Kinsman | Assistant Treasurer | Pfizer, Inc. | 235 East 42nd Street |
| ☑ | Leonardo | Leonardo | Rodriguez | Manager-Benefit Financing | Pfizer, Inc. | 235 East 42nd Street |
| ☑ | Peter | Peter | Tonetti | Director-Pension Finance & Investments | Philips Electronics North America Corporation | 1251 Avenue of the Americas, 20th Floor |
| ☑ | Randy | Randy | Hood | Managing Director | Prudential Insurance Company of America | 2 Gateway Center |

| City | State | ZIP | Phone | Email |
|---|---|---|---|---|
| New York | NY | 10036 | 212 556-1234 | bentent@nytimes.com |
| New York | NY | 10003 | 212 998-2910 | maurice.maertens@nyu.edu |
| New York | NY | 10020-2303 | 212 307-1122 | |
| New York | NY | 10020-2303 | 212 307-1122 | ken.schuster@novartis.com |
| White Plains | NY | 10604-3805 | 914 694-1300 | hcaulkins@pentegra.com |
| Purchase | NY | 10577-1403 | 914 253-2000 | marlene.forrester@pepsi.com |
| Purchase | NY | 10577-1403 | 914 253-2000 | ravi.tulysan@pepsi.com |
| New York | NY | 10017-5755 | 212 733-3499 | ron.e.barin@pfizer.com |
| New York | NY | 10017-5755 | 212 733-3499 | sharon.kinsman@pfizer.com |
| New York | NY | 10017-5755 | 212 733-3499 | leonardo.rodriguez@pfizer.com |
| New York | NY | 10020-1104 | 212 536-0500 | peter.tonetti@philips.com |
| Newark | NJ | 07102-3777 | 973 802-3533 | randy.hood@prudential.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ | | | | | | |
| | Lynn | Lynn | Formica | Dir-Debt Capital Markets & Investments & Asst Treas | Reed Elsevier, Inc. | 125 Park Avenue, 23rd Floor |
| ☑ | | | | | | |
| | Karen | Karen | Candelori | Assistant to the Chief Investment Officer | Robert Wood Johnson Foundation | Route 1 & College Road, E. |
| ☑ | | | | | | |
| | Jonathan | Jonathan | Lacrosse | Investment Officer | Robert Wood Johnson Foundation | Route 1 & College Road, E. |
| ☑ | | | | | | |
| | Brian | Brian | O'Neil | Chief Investment Officer | Robert Wood Johnson Foundation | Route 1 & College Road, E. |
| ☑ | | | | | | |
| | Gary | Gary | Karlin | Senior Director-Trust Investments | Schering-Plough Corporation | One Giralda Farms |
| ☑ | | | | | | |
| | Avi | Avi | Grin | Investment Officer | Siemens Corp. | 153 East 53rd Street, 56th Floor |
| ☑ | | | | | | |
| | William | William | Cobb | Executive Vice President & Chief Investment Officer | The Church Pension Fund & Affiliates (Episcopal) | 445 Fifth Avenue |
| ☑ | | | | | | |
| | Helen | Helen | Fox-O'Brien | Senior Vice President | The Church Pension Fund & Affiliates (Episcopal) | 445 Fifth Avenue |
| ☑ | | | | | | |
| | Eric | Eric | Warren | Director-Investments | The Dun & Bradstreet Corporation | 103 JFK Parkway |
| ☑ | | | | | | |
| | Steven | Steven | Berstler | Chief Investment Officer & Treasurer | The Metropolitan Museum of Art | 1000 Fifth Avenue |
| ☑ | | | | | | |
| | Lisa | Lisa | Danzig | Vice President & Chief Investment Officer | The Rockefeller University | 1230 York Avenue |
| ☑ | | | | | | |
| | Rob | Rob | Nagel | Director-Investments & Treasurer | The Wallace Foundation | 2 Park Avenue, 23rd Floor |