| City | State | Zip | Phone | Email |
|---|---|---|---|---|
| New York | NY | 10017 | 212 309-5498 | lynn.formica@reedelsevier.com |
| Princeton | NJ | 08543-2316 | 609 452-8701 | |
| Princeton | NJ | 08543-2316 | 609 452-8701 | |
| Princeton | NJ | 08543-2316 | 609 452-8701 | boneil@rwjf.org |
| Madison | NJ | 07940-1027 | 973 822-7000 | gary.karlin@spcorp.com |
| New York | NY | 10022 | 212 258-4000 | avi.grin@siemens.com |
| New York | NY | 10016 | 212 592-1800 | wcobb@cpg.org |
| New York | NY | 10016 | 212 592-1800 | hfoxobrien@cpg.org |
| Short Hills | NJ | 7078 | 973 921-5500 | warren@dnb.com |
| New York | NY | 10028-0198 | 212 650-2210 | steven.bertsler@metmuseum.org |
| New York | NY | 10021-6399 | 212 327-7230 | danzigl@rockefeller.edu |
| New York | NY | 10016 | 212 251-9741 | rnagel@wallacefoundation.org |

☑

| Leonard | Leonard | Lovallo | Director-Corporate Funds | Time Warner Inc. | One Time Warner Center |

☑

| Andrew | Andrew | Golden | President-Princeton University Investment Company | Trustees of Princeton University | c/o Princeton University Investment Company |

☑

| Scott | Scott | DeYoung | Director-Treasury Operations & Investments | Unilever U.S., Inc. | 700 Sylvan Avenue |

☑

| Catherine | Catherine | Waterworth | Chief Investment Officer | United Church of Christ Pension Boards | 475 Riverside Drive, Room 1020 |

☑

| Randy | Randy | Kim | Senior Financial Analyst-Investments | Yale University | 55 Whitney Avenue, 5th Floor |

☑

| David | David | Landau | Vice President-Alternative Investments | YMCA Retirement Fund | 140 Broadway, 28th Floor |

☑

| Everett | Everett | Miller | Vice President-Alternative Investments | YMCA Retirement Fund | 140 Broadway, 28th Floor |

☑

| Victor | Victor | Raskin | Chief Investment Officer | YMCA Retirement Fund | 140 Broadway, 28th Floor |

| Lombardo | Lombardo | Manager-Benefit Investments | 120 Park Avenue | | New York |

| | | | | |
|---|---|---|---|---|
| New York | NY | 10019 | 212 484-8000 | leonard.lovallo@timewarner.com |
| Princeton | NJ | 8542 | 609 258-4136 | agolden@princeton.edu |
| Englewood Cliffs | NJ | 7632 | 201 894-2104 | scott.deyoung@unilever.com |
| New York | NY | 10115-0122 | 212 729-2700 | cwaterworth@pbucc.org |
| New Haven | CT | 6510 | 203 432-0120 | randy.kim@yale.edu |
| New York | NY | 10005-1197 | 646 458-2400 | |
| New York | NY | 10005-1197 | 646 458-2400 | |
| New York | NY | 10005-1197 | 646 458-2400 | raskin@ymcaret.org |

| | | | | |
|---|---|---|---|---|
| 10017-5523 | 19,973,000 | 917 663-4000 | ronald.lombardo@altria.com | Person responsible for direct. commission business |

# **Exhibit B**

 **Windows Live** Hotmail

jeffswope@hotmail.com                                Printed: Wednesday, August 15, 2007 5:25 PM

| | |
|---|---|
| **From :** | Fiduciary Asset Management <FAMCO@CBIZ.com> |
| **Sent :** | Friday, September 15, 2006 2:08 PM |
| **To :** | "'jeffswope@hotmail.com'" <jeffswope@hotmail.com> |
| **CC :** | "'Patty L. Boyd" <pboyd@famco.com> |
| **Subject :** | RE: Swope cobra |

📎
**Attachment :**    COBRANoticeSent.pdf (0.39 MB)

Good afternoon Jeff,

I received a message from Patty Boyd that you did not receive your COBRA benefits continuation packet. I have received a copy of the original packet that was sent. I apologize for the quality as I received it via fax.


Upon your separation Fiduciary Asset Management had an address of:

10 Liberty Street Unit 44E

New York, NY 10005


Your COBRA benefits continuation packet was mailed to this address.


Can you please confirm your address and where you would like an additional packet to be sent? If you chose to elect COBRA I strongly recommend completing the attached packet and sending to the CBIZ COBRA Administration Department at the following address:


Century Payroll Inc.

P.O. Box 20

Attn: COBRA Dept.

Roanoke, VA 24002-0020


If you have any questions about COBRA continuation please feel free to contact the CBIZ COBRA Administration department at 1-800-815-3023 x4.

Thanks,

Lara D. Houseman

CBIZ Human Capital Services

One CityPlace Drive Suite 570

St. Louis, MO 63141

Phone (314)692-2249

Direct (314)692-5869

EFax (800) 886-2425

This e-mail is intended exclusively for the use of the person to whom or entity to which it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under law. If you are not an intended recipient, any dissemination, distribution or copying of this communication is prohibited. In such case, if you received this transmission in error, please delete this transmission and any attachments and notify us immediately by return e-mail or by telephone at (314) 692-2249.

As required by U.S. Treasury rules, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

**From:** Jeff swope [mailto:jeffswope@hotmail.com]
**Sent:** Thursday, September 14, 2006 2:10 PM
**To:** Patty L. Boyd
**Subject:** RE: PSP rollover update

> Patty: My health insurance has been cancelled. I have never been offered the opportunity for Cobra. I need for the carrier to send me that information. Thanks, Jeff Swope

# Exhibit
## C

| First Name | Last Name | Company/Organization | Title | City | State | Date |
|---|---|---|---|---|---|---|
| David | Saltsman | Hicks Muse | Portfolio Allocation | Dallas | TX | 9/7/2005 |
| Valerie | Whittaker | The Concord Advisory Group, Ltd. | Senior Portfolio Analyst | Princeton | NJ | 9/19/2005 |
| Mike | Bonds | Continental Airlines, Inc. | Senior Vice President-Human Resources & Labor Relations | Houston | TX | 11/14/2005 |
| Dennis | McVeigh | Memorial Hermann Health Care Systems | Vice President-Finance & Corporate Controller | Houston | TX | 11/4/2005 |
| Timothy | Schmidt | Metropolitan Life Insurance Company | Senior Vice President-Investment Management | Morristown | NJ | 11/6/2005 |
| Jim | Semens | Smith Barney Consulting Group | Consultant | Washington | DC | 11/10/2005 |
| Cynthia | Akagi | ConocoPhillips | Manager-Trust Investments | Houston | TX | 11/11/2005 |
| Douglas | Wynkoop | Houston Municipal Employees Pension System | Investment Manager | Houston | TX | 11/11/2005 |
| Mike | Cesimeier | Smith Barney Consulting Group | Consultant | Chicago | IL | 11/14/2005 |
| Bud | Pellecchia | Callan Associates Inc. | Consultant | Morristown | NJ | 11/16/2005 |
| William | Cobb | The Church Pension Fund & Affiliates (Episcopal) | Executive Vice President & Chief Investment Officer | New York | NY | 11/17/2005 |
| David | Landau | YMCA Retirement Fund | Vice President-Alternative Investments | New York | NY | 11/17/2005 |
| Joseph | Kulhanek | Avon Products, Inc. | Director-Pensions & Trust Investments | New York | NY | 11/18/2005 |
| Abashiek | Metha | Rockefeller Brothers Fund | Analyst | New York | NY | 11/18/2005 |
| Lisa | Danzig | The Rockefeller University | Vice President & Chief Investment Officer | New York | NY | 11/18/2005 |
| Timothy | Kiernan | KeySpan Corporation | Manager-Pension Investments | Brooklyn | NY | 11/29/2005 |
| Maurice | Maertens | New York University | Chief Investment Officer | New York | NY | 11/29/2005 |
| Kathy | Scudda | Morgan Stanley | Wrap Analysts | NYC | NY | 12/1/2005 |
| Tom | Donovan | CSFB | Private Introduction Group | NYC | NY | 12/1/2005 |
| Gary | Karlin | Schering-Plough Corporation | Senior Director-Trust Investments | Madison | NJ | 12/2/2005 |
| Bill | Bridge | Merrill Lynch | Consults Analyst | Jersey City | NJ | 12/2/2005 |
| Nancy | Casablanca | Ingersoll-Rand | Assistant Treasurer | Montvale | NJ | 12/3/2005 |
| William | Rauh | Johnson & Johnson | Director-Pension Funds | New Brunswick | NJ | 12/3/2005 |
| Helen | Fox-O'Brien | The Church Pension Fund (Episcopal) | Senior Vice President | New York | NY | 12/3/2005 |

| First | Last | Organization | Title | City | State | Date |
|---|---|---|---|---|---|---|
| Julie | Leopold | Hoffmann-La Roche, Inc. | Manager-Finance | Nutley | NJ | 12/24/2005 |
| Scott | DeYoung | Unilever U.S., Inc. | Director-Treasury Operations & Investments | Englewood Cliffs | NJ | 12/24/2005 |
| David | Moroch | Novartis Corporation | Treasury Manager | New York | NY | 12/7/2005 |
| Rob | Nagel | The Wallace Foundation | Director-Investments & Treasurer | New York | NY | 12/7/2005 |
| Clayton | Young | ITT Industries, Inc. | Assistant Treasurer | White Plains | NY | 12/7/2005 |
| Chad | Oman | Jerry Bruckheimer Films | Partner | Los Angeles | CA | 12/8/2005, 1/28/2006 |
| David | Capobianco | Vulcan Capital | Managing Director | Los Angeles | CA | 12/8/2005, 1/28/2006 |
| Randy | Hood | Prudential Insurance Company of America | Managing Director | Newark | NJ | 12/12/2005 |
| Karen | Candelori | Robert Wood Johnson Foundation | Assistant to the Chief Investment Officer | Princeton | NJ | 12/12/2005 |
| Graham | Arader | Arader Galleries | Owner | New York | NY | 12/12/2005 |
| Todd | Casberry | Directional Drilling | CEO | Houston | TX | 12/22/2005 |
| Barbara | LeBlanc | Baton Rouge & Parish of East Baton Rouge Employees Retirement System | Assistant Retirement Administrator | Baton Rouge | LA | 1/3/2006 |
| Celeste | Funderburk | Louisiana State Employees Retirement System (LASERS) | Investments Manager | Baton Rouge | LA | 1/4/2006 |
| Stephen | Mann | Louisiana State Employees Retirement System (LASERS) | Investment Officer | Baton Rouge | LA | 1/4/2006 |
| Jerry | Polk | Louisiana State Employees Retirement System (LASERS) | Investment Officer | Baton Rouge | LA | 1/4/2006 |
| Patrick | Landry | Louisiana State University | Chief Financial Officer | Baton Rouge | LA | 1/5/2006 |
| Michael | Deo | American Bureau of Shipping | Director-Corporate Finance & Controller | Houston | TX | 1/7/2006 |
| David | Dallis | Lyondell Chemical Company | Senior Consultant-Treasury | Houston | TX | 1/7/2006 |
| Claire | Nelson | Rice University | Associate Vice President-Investments & Associate Treasurer | Houston | TX | 1/12/2006 |
| Robert | Jones | St. Luke's Episcopal Health System | Treasurer | Houston | TX | 1/12/2006 |
| Christopher | Krauss | BASF Corp. | Director-Employee Benefit Assets | Florham Park | NJ | 1/13/2006 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Barbara | Kontje | Automatic Data Processing, Inc. | Manager-Retirement Plan Investments | Roseland | NJ | 1/13/2006 |
| Hugo | Dryland | NM Rothschild & Sons | Senior Managing Director | Washington | DC | 1/13/2006 |
| Andrew | Golden | Trustees of Princeton University | President-Princeton University Investment Company | Princeton | NJ | 1/16/2006 |
| Gregory | Fowlkes | Morgan Stanley Asset Management/Alternative Investment Group | Research Analyst | NYC | NY | 1/14/2006 |
| Sharon | Parkes | Yale University | Senior Financial Analyst-Princeton University Investment / Senior Manager-Trust Investments | New Haven | CT | 1/17/2006 |
| Roger | Fenningdorf | Rocaton | Director | Darien | CT | 1/17/2006 |
| Randy | Kim | ARAMCO Services Co. | Financial Analyst | Houston | TX | 1/19/2006 |
| Debbie | Johnson | Halliburton Company | Investments | Houston | TX | 1/19/2006 |
| William | Orr | Orr Production | President | Austin | TX | 1/26/2006 |
| Russell | Ball | Ball Energy Co. | CEO | Austin | TX | 1/26/2006 |
| Douglas | Windle | Provident Investment Counsel | Partner, Managing Director | Pasadena | CA | 1/27/2006 |
| Brown | Condon | Retired | | San Marino | CA | 1/27/2006 |
| Tom | Swanson | Plains All American | Vice President & Treasurer | Los Angeles | CA | 1/28/2006 |
| Al | Oman | Jerry Bruckheimer Films | Partner | Los Angeles | CA | 1/28/2006 |
| Chad | Capobianco | Vulcan Capital | Managing Director | Los Angeles | CA | 12/8/2005, 1/28/2005 |
| David | Masarik | Alan D. Biller & Associates, Inc. | Alternative Analyst | Menlo Park | CA | 1/30/2006 |
| Stephen | Cliff | Callan Associates Inc. | Alternative Investments | San Francisco | CA | 1/31/2006 |
| Kelly | Gerardo Lietz | Pension Consulting Alliance | Managing Director | San Francisco | CA | 2/1/2006 |
| Nori | Jadallah | Strategic Investment Solutions, Inc. | Alternative Investments | San Francisco | CA | 2/3/2006 |
| Margaret | Staples | Offitbank | Alternative Investments | San Francisco | CA | 2/3/2006 |
| John | Stringer | Legg Mason, Inc. | Manager Research | Baltimore | MD | 2/3/2006 |
| Gary | Brosnan | Teachers Retirement System of Louisiana | Investment Manager-equity | Baton Rouge | LA | 2/6/2006 |
| Brendan | Dubose | Russell Jeffcoat | SVP | Camden | SC | 2/6/2006 |
| Charles | Center | Equitas Capital | Alternative Analyst | New Orleans | LA | 2/7/2006 |
| David | Pettit | Equitas Capital | CEO | New Orleans | LA | 2/7/2006 |
| Bob | Wall | Self | | New Orleans | LA | 2/9/2006 |
| Dick | Kovacs | Bradshaw Company | Wealth Management | Houston | TX | 2/13/2006 |

| First | Last | Company | Title | City | State | Date |
|---|---|---|---|---|---|---|
| Kathy | King | Amon G. Carter Foundation | Assistant Secretary, Treasurer & Controller | Fort Worth | TX | 2/14/2006 |
| Bill | Cotham | Bass Enterprises Production Company | Vice President & Controller | Fort Worth | TX | 2/14/2006 |
| Lisa | Cummings | CBI Holdings, Inc. | Vice President-Benefits | Plano | TX | 2/14/2006 |
| Steve | Healy | Electronic Data Systems Corp. | Senior Investment Specialist | Plano | TX | 2/16/2006 |
| Michael | Kelly | Christus Health System | System Director-Treasury | Houston | TX | 2/18/2006 |
| Raj | Wagle | Houston Police Officers Pension System | Senior Financial Analyst | Houston | TX | 2/18/2006 |
| Linda | Aycock | Rowan Companies, Inc. | Assistant Treasurer | Houston | TX | 2/18/2006 |

Name: _____ **Jeff Swope** _____
Week Ending: _____ **7 April 2006** _____

| Date | Company | Method of Contact (i.e. phone, email, meeting) | Location | Contacts (include titles) | Client Type (institutional, high-net-worth, etc) | Products Discussed | Follow Up |
|---|---|---|---|---|---|---|---|
| 3 April 2006 | University of Texas System | Meeting | Austin, TX | Sara McMahon, MD Alternative Investments | Institutional | MLP Fund, HCE | Call back week of April 17th |
| 4 April 2006 | Overture | Phone | NYC | Mike Casel, VP | Institutional | LCCE | Complete RFP |
| 4 April 2006 | DA Hudson | Phone | Dayton, OH | Mike Parham, Consultant | Institutional | LCCE | Final presentation April 27th |
| 4 April 2006 | Southwestern University | Meeting | Austin, TX | Gary Logan, VP Investments | Institutional | MLP Fund | Schedule follow up meeting for week of April 24th |
| 5 April 2006 | Vulcan Capital | Meeting | NYC | Ford Graham, SMD | HNW | MLP Fund | Introducing FAMCO to 3 HNW investors |
| 6 April 2006 | Pinnacle Asset Management | Call | NYC | Don Segalas, President | Institutional | MLP Fund | Introducing FAMCO to 2 Institutional Investors |
| 6 April 2006 | Retired, Investor | Meeting | Nyack, NY | David Saatchi | HNW | MLP Fund | Call week of April 10th |
| 7 April 2006 | Barnard College | Meeting | NYC | Ricky White | Institutional | MLP Fund, HCE | Will call |
| 7 April 2006 | Morgan Stanley | Call | NYC | Tom Leeds | Wrap | LCCE, Balanced | Schedule meeting for week of April 24th |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**Name:** Jeff Swope
**Week Ending:** 21 April 2006

| Date | Company | Method of Contact (i.e. phone, email, meeting) | Location | Contacts (include titles) | Client Type (institutional, high-net-worth, etc) | Products Discussed | Follow Up |
|---|---|---|---|---|---|---|---|
| 17 April 2006 | AG Edwards | Phone | Multiple (7) | Broker calls as follow-up to AG Edwards National Call | HNW | MLPs; MLP Fund | Setting up client Meetings |
| 17 April 2006 | Texas PERS | Meeting | Austin | Kendal Thomas | Institutional | MLPs; MLP Fund; HCE | Trying to convince them to present to investment team |
| 17 April 2006 | L.B. Johnson Foundation | Call | Austin | Harry Middleton, Executive Director | Institutional | MLPs; MLP Fund | Will review marketing materials |
| 18 April 2006 | Janney Montgomery Scott | Email | Atlanta, GA | Bruce Favrot | HNW | MLP Fund | Trying to arrange meeting with Janney prospects |
| 18 April 2006 | Wachovia Marketing Call | Phone | Richmond, VA | Multiple Parties | Wrap | LCCE; Balanced | Planning roll out of FAMCO products into Wachovia's DMA program |
| 18 April 2006 | Merrill Lynch | Phone | NYC | Manit Rye | HNW | Single Stock Overwriting | Manit will introduce me to Paul Morton week of April 24th |
| 18 April 2006 | Smith Barney | Phone | STL | David McKay | HNW/Wrap | LCCE; Balanced; MLPs | Scheduled meeting with SB wrap analysts in Early May 2006 |
| 18 April 2006 | Morgan Stanley | Phone | Houston, TX | Jennifer Ritchie | HNW | MLP Fund | Scheduling with Michael Dee; |
| 18 April 2006 | Texas Medical Liability Trust | Meeting | Austin | Ray Demel, CFO | Institutional | MLPs; MLP Fund | Call 1st week of May |
| 18 April 2006 | Stern Family Office | Meeting | STL | Noah Lerner, Director, Investments | HNW | MLPs; MLP Fund | Follow-up call 24 April 2006 |
| 19 April 2006 | Morgan Stanley | Call | Houston, TX | Michael Dee, Head, Energy Investment Banking | HNW | MLPs | Discussed introductions in MS's family office practice. Set up another call for 20 April to go over marketing piece |
| 20 April | AG Edwards Brokers | Calls | Multiple locations | Broker calls as follow- | | MLPs ;MLP Fund | Scheduling client |

| Date | Entity | Type | Location | Person | | Product | calls and meetings |
|---|---|---|---|---|---|---|---|
| 2006 | | | | | | | |
| 20 April 2006 | Morgan Stanley | Call | Houston, TX | up to AG Edwards National Call / Michael Dee, Head, Energy Investment Banking | HNW | MLP Fund | Review marketing piece for MLP Fund |
| 20 April 2006 | Morgan Stanley | Call | Houston, TX | Jennifer Ritchie | HNW | MLP Fund | Schedule meetings with Family Office Practice in NYC |
| 20 April 2006 | FAMCO | Call | STL | Jim Cunnane | HNW | MLP Fund | Discuss MLP Fund Issues |
| 20 April 2006 | Texas Teachers | Call | Austin | Bob Boldt, Director | Institutional | MLP Fund | Schedule lunch for May 11th |
| 20 April 2006 | Bain Consulting | Call | Chicago | Bob Morette, Managing Partner | HNW | MLP Fund | Introductions to Investment Consulting Practice; Bob is going to schedule meeting when I am in Chicago for Callan Meeting |
| 20 April 2006 | Mesirow Capital | Call | Chicago | Locating person responsible for Retail distribution | HNW | MLP Fund | Discussing Distributing MLP Fund and MLPs through Mesirow's HNW group |
| 20 April 2006 | Callan Investment Management Consulting | Call | Chicago | Judy McKinney | Institutional | LCCE | Scheduling Consulting Meeting |
| 21 April 2006 | Federal Reserve Board Retirement Plan | Email | Newark, NJ | Paul Lipson, Director | Institutional | Balanced | Emailed with request to reconnect on Balanced product |
| 21 April 2006 | Smith barney | Email | STL | David McKay | HNW | All | Discussed scheduling Wrap meeting in May: Products to be discussed |
| 21 April 2006 | Retired Former CEO of LL&E | Meeting | New Orleans | Layton Stewart | HNW | MLP Fund | Introduced by John Graham. Presented MLP Fund. Will call in 7 Days |
| 21 April 2006 | Mercer Investment Management Consulting | Call | Chicago | Alan Papier | Institutional | FCE | Discussed Large Cap Products; Becky sent performance and |

attribution. Will schedule meeting with him to introduce LCCE (GCE).

Name: **Jeff Swope**
Week Ending: **5 May 2006**

| Date | Company | Method of Contact (i.e. phone, email, meeting) | Location | Contacts (include titles) | Client Type (institutional, high-net-worth, etc) | Products Discussed | Follow Up |
|---|---|---|---|---|---|---|---|
| Monday, May 1, 2006 | Morgan Stanley | Phone | New York | Brian Wood, VP | HNW | Single Stock Overwriting Opportunities | Sent presentation Discussed FAMCO process versus what MS desk offers client |
| | Morgan Stanley | Phone | New York | Rick Gould, Managing Director | Institutional & Retail | MLPS; MLP Fund; HCE, LCCE, Single Stock overwriting | Reviewed materials sent to him prior week. He will try to set up meeting for Wiley and me to meet Tom Leeds week of May 15th. Also, working with Capital Introductions to push our MLP Fund. |
| | Family Office Calls | Phone | Multiple | Calling for CIO, ALTs analyst, 10 calls | Family Offices | MLP Fund | Left messages, acquired appropriate contacts |
| | California State Automobile Association | Email | San Francisco | Ray Smaltz | Institutional | HCE, SRHE | Discussed additional clients in these strategies and he closed end funds. Sent updated presentations. |
| Tuesday, May 2, 2006 | Callan Associates | Meeting | Chicago | Judy McKinney, SVP | Institutional | LCCE | Discuss benefits of moving LCCE to the growth category. Judy McKinney will send proposal for |

| Date | Company | Method | Location | Contact | Type | Product | Description |
|---|---|---|---|---|---|---|---|
| Wednesday, May 3, 2006 | JP Morgan Chase | Call | New York | Craig Heatter, SVP; Balanced Search Contact | Institutional | Balanced | Reviewed Balanced product ... services. |
| | Bain Consulting | Lunch Meeting | Chicago | Bob Morette, Managing Director, Head of Financial Service Practice | HNW | FOF | Discussed intro t... Discussed Bain using FOF in thei... proprietary Fund of Funds. They have interested client for a $15 million mandate. |
| | Merrill Lynch | Email | New York | Manit Rye | HNW | Single Stock Overwriting | Discussed Derivatives Platform |
| | Credit Suisse | Phone | New York | Yusuf Randera-Rees, MD, Financial Institutional Group | Institutional | HCE, SRIE | Discussed products for his industry report |
| | Goldman Sachs | Phone | New York | Brendan Wallace & Christof Phiffer, Alternatives Group | Institutional | MLP Fund | Discussed MLP Fund as investment for GSAM Investors Fund. |
| Thursday, May 4, 2006 | FAMCO | Phone | | Sales Team | Wrap | LCCE/Growth; Balanced | Discussed materials and planned roll out |
| | Brockhouse Cooper | Phone | Montreal, Quebec | Caroline Aldred, VP | Institutional Consultant | LCCE | Discuss Performance difference in FCE and LCCE |
| | Wall Consulting | Phone | Destin, FL | Dick Wall | HNW | MLP Fund | Discuss a prospe... |
| | Stevenson Partners Holding | Phone | New York | Barbara Blakely, CIO | Family Office | MLP Fund | Scheduled Meeting for Wee... of May 15th |
| | Koch Family Office | Phone | Witchita, KS | Charles Koch | Family Office | MLP Fund | Introduced by Jo... Paul Dijoria |
| | Orr Exploration | Meeting | Lakeway, TX | Bill Orr, CEO | HNW | MLP Fund | Meeting to revie... product and mov... along the document proces... |
| | Douglass E&P | Meeting | Austin, TX | Russell Douglass, President | HNW | MLP Fund | Meeting to review product and mov... along the document proces... |
| Friday, May 5, 2006 | Paul Mitchell Co. | Phone | Beverly Hills, CA | Jerry Allen | Family Office | MLP Fund | Jerry Allen provides review o... energy related |

| Family Office List | Phone | Multiple Locations | Made more than 20 calls trying to connect to person responsible for Private Equity/Hedge Funds | Family Offices | MLP Fund/Separate Acounts | investments for John Paul DeLorti John Paul is also friend of the Koch's and does energy investing with them. Left Messages an follow-up require |
|---|---|---|---|---|---|---|
| FAMCO Wrap Team | Phone | STL | Wiley, Susan, Marcy, Scott, Jeff, Bob | Wrap | LCCE/Growth; balanced | Roll Out preparations |
| PMNG | Phone | STL | John Duffy, CDO | Website Updates | All Products | Take old material off site and load new materials as they become available form Becky. |

Name: __Jeff Swope__

Week Ending: __12 May 2006__

| Date | Company | Method of Contact (i.e. phone, email, meeting) | Location | Contacts (include titles) | Client Type (institutional, high-net-worth, etc) | Products Discussed | Follow Up |
|---|---|---|---|---|---|---|---|
| Monday, May 8, 2006 | Morgan Stanley | Phone | New York | Brian Wood, VP | HNW | Single Stock Overwriting Opportunities LCCE; HCE | Scheduling Meeting in NYC for 18 May |
| | Mercer | Phone | Chicago | Alan Papier, Analyst | Institutional | | Scheduling meeting for first week of June. |
| | Family Office Calls | Phone | Multiple | Out Going Calls to Family Office contacts | Family Offices | MLP Fund | Trying to get to the right people to discuss our alternative products |
| | JP Morgan Chase | Call | New York | Craig Heatter, SVP; Balanced Search Contact | Institutional | Balanced | Called to see if they have everything they need. Will call again when I'm in NYC to visit. |
| | PNMG | Phone & Emails | STL | John Duffy | Vendor | All | Website issues and updates. |
| Tuesday, May 9, 2006 | FAMCO | Phone | STL | Sales Team | Wrap | LCCE; Balanced | Discuss sales approaches, firm current strategic view, etc. |
| | Employees Retirement System of Texas | Meeting | Austin | Jim Sherwin, Director, Domestic Equities | Institutional | MLP Fund; Balanced | Paul Troup with Callan in Atlanta put me in touch with Jim to discuss our balanced product. Ended up also giving him info on MLP Fund and separate accounts. |
| Wednesday, May 10, | Texas Medical Liability Trust | Phone | Austin | Ray Demel, CFO | Institutional | MLPs; MLP Fund | Follow up to meeting in late |

| Date | Organization | Type | Location | Contact | Category | Products | Notes |
|---|---|---|---|---|---|---|---|
| 2006 | Morgan Stanley | Call | Houston, TX | Michael Dee, Head, Energy Investment Banking | HNW | MLP Fund | April. Schedule meeting with group in Houston 23 May |
| | Texas Guaranteed Student Loan Association | Meeting | Round Rock, TX | Mark Zansky, Controller | Institutional | All FAMCO Products | Introductory meeting. Discussed firm's history and products. |
| | Mark Fanish Group, Wachovia Securities | Meeting | Austin | Mark Fanish, CEO | Wrap | LCCE, Balanced | Trying to see how we will be perceived in Wachovia's system |
| | Wachovia Securities, ARBORETUM PLAZA Branch | Meeting | Austin | Walk Through (5 brokers) | Wrap | LCCE | Mark Fanish asked that I see this office as they are big managed money office. |
| Thursday, May 11, 2006 | Callan Associates | Phone call & Email | San Francisco | Brett Meyer, VP | Wrap | LCCE | Charles Schwab Wrap. Discussing our participation on their wrap platform. |
| | Bank of America | Email | New York | Sam Patel | HNW | LCCE, HCE, SRHE, MLPs, MLP Fund | Created and sent aggregated book for review by BofA's HNW team. |
| | Texas Teachers Retirement | Meeting/ Lunch | Austin | Keith Garrison, Director, Alternatives | Institutional | MLP Fund, SRHE, HCE | Had lunch to introduce him to FAMCO |
| | UTIMCO | Meeting | Austin | Kathy Iberg, Deputy CIO, Domestic Equity | Institutional | MLP Fund | Was scheduled to meet with Bob Boldt, The CEO UTIMCO, but he cancelled and the sent Kathy in his place |
| | Wachovia | Email | CT | Gerald Goldberg | Institutional | LCCE | Answer RFP Questions |
| Friday, May 12, 2006 | Bank of America | Email | New York | Sam Patel | HNW | LCCE, HCE, SRHE, MLPs, MLP Fund | Follow up, comments on book sent, try to arrange meeting for 18 May |

| Family Office List | Email | Multiple Locations | 6 Alternative Contacts | Family Offices | MLP Fund | Sent Marketing piece for MLP Fund |
|---|---|---|---|---|---|---|
| Wachovia | Phone | CT | Gerald Goldberg | Institutional | LCCE | Trying to get his input of the RFP |
| Bivium | Phone & Email | San Francisco | Nancy Hollis | Institutional | Small Mid Cap Core | Scheduling meeting to review. They are a Manager of Managers. |
| UBS | Phone | New York | Mark Sutton, President, UBS Private Client Group | Wrap | Firm | I was introduced him at a Christmas party and told him I would call him once we were in their system. Will try to meet in NYC. |
| Mercer | Phone | Chicago | Alan Papier, Analyst | Institutional | LCCE; HCE | Scheduling meeting for first week of June. Discussing firm issues. |

**Name:** Jeff Swope
**Week Ending:** 19 May 2006

| Date | Company | Method of Contact | Location | Contacts (include titles) | Client Type (institutional, high-net-worth, etc) | Products Discussed | Follow Up |
|---|---|---|---|---|---|---|---|
| Monday, May 15, 2006 | Drive to San Antonio | | | | | | |
| | AT&T Corporation DB Plan | Meeting | San Antonio, TX | Ms. Tracey Bedwell, Alternative Investments | Institutional | MLP Fund, HCE & SRHE | They have interes... in SRHE and HCE. Will call to follow-up once they have fully reviewed the presentation materials. |
| | Bivium | Phone & Email | San Francisco | Nancy Hollis, VP | Institutional | Small Mid Cap Core | Reviewing SMID product |
| | Paul Mitchell Systems | Phone | Houston, TX | Jerry Allen, Partner | HNW | MLP Fund & MLP separate accounts | Follow-up call. John Paul Deloit... is interested in MLP's as he is a major investor in natural gas and pipelines. Is reviewing the MLP materials. |
| Tuesday, May 16, 2006 | Janney Montgomery Scott | Phone | Atlanta, GA | Bruce Faurot, SVP | HNW | MLP Fund | Family office is taking up formal review of MLP fund in June. Discussed performance issues. |
| | Bank of America | Email | NYC | Sam Patel | HNW | All Products | Scheduling meeting with B o A. |
| | PNMG | Phone | St. Louis | John Duffy | Vendor | Website Updates | Adding the SMA section to website |
| | Travel to NYC | | | | | | |
| Wednesday, May 17, 2006 | Teamsters, Local #807, (New York City Trucking Industry) | Meeting (Lunch) | Long Island City, NY | Al Fernandez, Treasurer | Institutional | LCCE, Balanced | Referred by DA Hudson & |

| 2006 | | | | | | | Associates |
|---|---|---|---|---|---|---|---|
| | Mercer | Phone | Chicago | Alan Papier | Institutional Consultant | LCCE | Scheduled meeting in Chicago for June 1st. |
| Thursday, May 18, 2006 | Family Office Cold Calls | Phone | Multiple (4) | Alternative Contacts | Family Offices | MLP Fund | Trying to locate appropriate contacts |
| | (AFTRA) Health & Retirement Funds | Meeting | New York | Shelby Scott, Chair Investment Committee | Institutional | MLP Fund; MLP Separate Accounts | Discussed FAMCO and MLPs. Referred to Segal Advisors |
| | The Starr Foundation | Meeting | New York | Howard Smith, Treasurer | Institutional | LCCE & HCE | Introductory meeting. Discussed FAMCO products |
| | UBS | Meeting (Dinner) | New York | Mark Sutton, President, UBS Private Client Group | Wrap | HCE, MLPs | Dinner with him in NYC. Discussed FAMCO in their Ultra HNW area. |
| Friday, May 19, 2006 | Mac Andrews & Forbes Holdings | Meeting | New York | Steven Schiffman, Senior Vice President & Treasurer | Institutional | MLP Fund | Referral by New England Pension Consultants. |
| | FAMCO | Phone | Multiple | Bob, Scott, & Jeff Spray | Wrap | Discussed sales tactics | Pushing for more walk through(s) and general office visits by Jeff Spray versus elephant hunting. |
| | FAMCO | Phone | St. Louis | Wiley Angell | Wrap | Discussed field issues and new accounts | |
| | Markle Foundation | Phone | New York | Karen Byers, CFO | Institutional, Private Foundation | MLP Fund | Schedule meeting for MLP Fund |

**Name:** Jeff Swope
**Week Ending:** 22 May 2006

| Date | Company | Method of Contact | Location | Contacts (include titles) | Client Type (institutional, high-net-worth, etc) | Products Discussed | Follow Up |
|---|---|---|---|---|---|---|---|
| Monday, May 22, 2006 | Wachovia Securities | Meeting | Downtown New Orleans | Walk Through; met office manager | Wrap | LCCE; Balanced | Scott Sexton will revisit office in June |
| | UBS | Meeting | Downtown New Orleans | Walk Through | Wrap | LCCE | Scott Sexton will revisit office in June |
| | Bivium | Phone & Email | San Francisco | Nancy Hollis, VP | Institutional | Small Mid Cap Core | Reviewing SMID product. Trying to schedule meeting |
| Tuesday, May 23, 2006 | Wachovia Securities | Meeting | Metairie, LA | Walk Through | Wrap | LCCE; Balanced | Scott Sexton to visit office in Jun |
| | Wachovia | Meeting | Slidell, LA | Walk Through | Wrap | LCCE; Balanced | Scott Sexton to visit in July |
| | UBS | Meeting | North shore, New Orleans | Walk Through | Wrap | LCCE | Small office, Sco can cover by phone. |
| | Travel to Austin | | | | | | |
| Wednesday, May 24, 2006 | UBS Private Client Services | Phone | NYC | Mark Sutton, President | Dual Contract Retail | | Thanked him for FAMCO participation in Charity Polo Eve on Saturday. Trying to see him in NYC on Wednesday. |
| | Wachovia & UBS | Phone | San Antonio, TX | Office Coordinators | Wrap | | Scheduling meetings for Thursday, 25 Ma |
| | Callan Associates | Phone | Atlanta, GA | Paul Troup | Institutional | MLP Fund | Follow up call regarding the Employees Retirement Syste of Texas call. He will investigate and respond back |
| | Callan Associates | Phone call | San Francisco | Brett Meyer, VP | Wrap | LCCE | Charles Schwab |

| Date | Company | Type | Location | Contact | Category | Product | Notes |
|---|---|---|---|---|---|---|---|
| | MLP Fund follow-up calls | Phone | Multiple | | HNW | MLP Fund | Wrap. Discussing our participation on their wrap platform. Talked about fees and account sizes. |
| | Merrill Lynch Private Client Group | Phone | Houston | Bill Williams, SVP | HNW | LCCE; HCE | Returned phone calls and tried to get responses on previous calls and emails. |
| Thursday, May 25, 2006 | Wachovia | Meeting | Austin | Mark Fanish | Wrap | MLP Presentation | Could be in final presentation for LCCE & or HCE on Thursday, Jun 1st. Lunch with Mark team regarding our MLP Fund and separate accounts. They requested after I met with them a couple of weeks ago. |
| | UBS | Meeting | San Antonio | Walk Through | Wrap | LCCE | Met 4 producers and manager. Sco will visit office later in Summer. |
| | Wachovia | Meeting | San Antonio (Downtown) | Walk Through | Wrap | LCCE; Balanced | Met 5 producers and office coordinator. Brie walk through. |
| | Wachovia | Phone | Richmond | Kent Christian | Wrap & Dual Contract | All | Friend of Jeff Spray. Runs Correspondent Services. |
| | Family Office List | Email | Multiple Locations | 3 Alternative Contacts | Family Offices | MLP Fund | Sent Marketing piece for MLP Fund |
| | Texas Teachers Retirement | Phone | Austin | Keith Garrison, Director, Alternatives | Institutional | MLP Fund, SRI/E, HCE | Called to answer question about MLP Fund. He will call me next week. |
| Friday, May 26, 2006 | Morgan Stanley | Call | Houston, TX | Michael Dee, Head, Energy Investment | HNW | MLPs | Questions regarding the |

Banking

minimum
investment in ML
Fund.

**Name:** Jeff Swope
**Week Ending:** 2 June 2006

| Date | Company | Method of Contact | Location | Contacts (include titles) | Client Type (institutional, high-net-worth, etc) | Products Discussed | Follow Up |
|---|---|---|---|---|---|---|---|
| Monday, May 22, 2006 | Holiday | | | | | | |
| Tuesday, May 23, 2006 | Travel to New Orleans | | | | | | |
| | TCU Endowment | Phone | Ft. Worth, TX | Jim Hille, CIO | Institutional | LCCE | Schedule meeting in St. Louis |
| | UBS | Meeting | New Orleans, LA | Rob Bickham, SVP | Institutional; Family Office | LCCE; MLPs | Introduced me to Harris Family Endowment. Presented LCCE. MLPs. Rob is one of the 10 largest producers in UBS nationwide. $30 million account. |
| Wednesday, May 24, 2006 | Travel to NYC | | | | | | |
| | 14 phone calls. | Phone | Multiple | CIO's | Institutional | LCCE; HCE | Seting up meetings for week of June & July. |
| | Bank of America | Phone | NYC | Sam Patel | HNW | All | Schedule meeting with Capital Introductions group. |
| Thursday, May 25, 2006 | Merrill Lynch Private Client Group | Meeting | NYC | Bill Williams, SVP | HNW- family office with ML as consultant. | LCCE; HCE | Final Presentation to family office for $18 Million account. Will hear back in 3 to 4 weeks. May need to make additional presentation on Hedged Products |
| | Bank of America | Meeting | NYC | Jenny Jung, VP Capital Introductions | HNW | FOF; MLP Fund | Discussed how BofA could place |

| Date | Firm | Type | Location | Contact | Category | Product | Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | FAMCO product with their alternative clients |
| Friday, May 26, 2006 | D.A. Horton | Meeting | Princeton, NJ | Terry Horton, CEO | HNW | MLP Fund | Large MLP Investor. Friend of Rich Kinder. Wi[ll] review FAMCO fund. Introduced by Brady Oman. |
| | Morgan Stanley | Meeting | Princeton, NJ | John Shapiro, MD | HNW | MLP Fund | John runs all commodity businesses at MS Interested in the MLP Space and possible hedges. Will look at fund for his personal investment and possible introductions. |
| | | | | | | LCCE | |
| | TCU Endowment | Phone | Ft. Worth, TX | Jim Hille, CIO | Institutional | LCCE | Schedule meeting in St. Louis June 13th. |

**Name:** Jeff Swope
**Week Ending:** 8 June 2006

| Date | Company | Method of Contact | Location | Contacts (include titles) | Client Type (institutional, high-net-worth, etc) | Products Discussed | Follow Up |
|---|---|---|---|---|---|---|---|
| Monday, June 5, 2006 | Bank of America | Phone & Email | NYC | Jenny Yung, VP Capital Introductions | HNW | FOF | Sent additional info on FOF. |
| | Callan Associates | Phone | San Francisco | Brett Meyer, Associate | Wrap | LCCE | Opportunistic Mandate for Schwab Wrap Platform. Called discuss where the are in the process of adding us to th platform. |
| | Bivium Capital Partners, LLC | Phone | San Francisco | Nancy Hollis, MD | Institutional | Small Mid Core | Called to follow-up on previous conversations. Trying to reschedule visit t St. Louis |
| | Cambridge Associates | Phone | Boston | Sandra Marcon, Associate | Institutional | LCCE | Discuss numbers for LCCE search at TCU. Becky to provide quarterly data same day. |
| | Janney Montgomery Scott | Phone | Atlanta | Bruce Faurot, SVP | HNW | MLPs | Scheduling Jim and Quinn in Birmingham and Atlanta |
| Tuesday, June 6, 2006 | TCU Endowment | Phone | Ft. Worth, TX | Jim Hille, CIO | Institutional | LCCE | Discuss portfolio and meeting expectations. |
| | Morgan Stanley | Email | NYC | Brian Wood, VP | HNW/Institutional | Single Stock Overwriting | Follow-up questions about FAMCO process |
| | Hammond Associates | Phone | St. Louis | Jerry Woodham | Institutional | All | Left message to follow-up on CDW's call. Discussion with Bob Hennessey about his meeting |

| Date | Company | Type | Location | Contact | Category | Fund | Notes |
|---|---|---|---|---|---|---|---|
| Wednesday, June 7, 2006 | Smith Barney | Phone | St. Louis | David McKay | HNW/Wrap | LCCE, MLP Separate Accounts | with Jerry. Ask Dave to follow-up with SB research to see if we can market MLP separate accounts as Dual Contract relationship. I've had a few calls from more SB people asking for the separate account info. |
| | Sharewell Drilling | Meeting | New Orleans | Todd Caspary, MD of GP | HNW | MLP Fund | Met to discuss fund and possible changes to structure. |
| | 6 Follow-up calls to Family Offices | Phone | Multiple | Gathering CIO and CFO info on family offices for HNW product | HNW/Family Offices | HCE/MLP | Calling to gather appropriate name for FAMCO to contact re our products. |
| Thursday, June 8, 2006 | Merrill Lynch Private Client Group (Private Bank-Houston) | Phone | NYC | Bill Williams, SVP | HNW- family office with ML as consultant. | HCE | Wants to see me on June 15th in N to move relationship forward. |
| | Federal Reserve Retirement System | Phone | Newark, NJ | Paul Lipson, CIO | Institutional | Balanced | Schedule meeting for the week of July 24th. |
| | Credit Suisse | Phone | NYC | Yusuf Randera-Rees, VP | Institutional | HCE 7 SRIIE | Called to discuss these products in further detail. He had follow-up questions to our previous calls. |
| Friday, May 26, 2006 | Vacation | | | | | | |