UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JEFFREY O. SWOPE,

                        Plaintiff,

-v-

FIDUCIARY ASSET MANAGEMENT, LLC,

                        Defendant.
-------------------------------------------------------X

Case No. 07-CV-6921 (BSJ)

**APPEARANCE**

TO THE CLERK OF COURT:

    Please enter my appearance on behalf of plaintiff. I certify that I am admitted to practice law before this Court.

Dated: New York, New York
         August 24, 2007

                                            CROSBY & HIGGINS LLP

                                            By: /s/ Todd A. Higgins

                                                Todd A. Higgins (TH 7920)
                                                500 Fifth Avenue, Suite 1410
                                                New York, NY 10110
                                                (646) 452-2300

                                                *Attorneys for Plaintiff*