SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY O. SWOPE,   Plaintiff,

- against -

FIDUCIARY ASSET   Defendant.
MANAGEMENT, L.L.C.,

07 cv 6921 (BSJ)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew A. Katz   a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Stanley Schroeder
Firm Name:   The Lowenbaum Partnership
Address:   222 South Central Avenue, Suite 901
City/State/Zip:   Clayton, Missouri 63105
Phone Number:   (314) 746-4835
Fax Number:   (314) 746-4848

Stanley Schroeder   is a member in good standing of the Bar of the State of Missouri

There are no pending disciplinary proceeding against Stanley Schroeder in any State or Federal court.

Dated: 8/21/07
City, State: New York, New York

Respectfully submitted,

Sponsor's   Matthew Katz
SDNY Bar   MK 4252
Firm Name:   Schindler Cohen & Hochman
Address:   100 Wall Street
City/State/Zip:   New York, NY 10005
Phone Number: (212) 277 - 6300
Fax Number:   (212) 277 - 6333

SDNY Form Web 10/2006

SCHINDLER COHEN & HOCHMAN LLP
Jonathan L. Hochman (JH 7072)
Matthew A. Katz (MK 4252)
100 Wall Street, 15th Floor
New York, New York 10005
*Attorneys for Fiduciary Asset Management, L.L.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
JEFFREY O. SWOPE, :
:
                Plaintiff, : Case No. 07-CV-6921 (BSJ)
:
    vs. : **AFFIDAVIT OF MATTHEW**
: **A. KATZ IN SUPPORT OF**
FIDUCIARY ASSET MANAGEMENT, L.L.C., : **MOTION TO ADMIT**
: **STANLEY G. SCHROEDER**
                Defendant. : ***PRO HAC VICE***
: (*ECF Case*)
:
------------------------------------------------------------- X

**STATE OF NEW YORK**  )
: ss.:
**COUNTY OF NEW YORK** )

    MATTHEW A. KATZ, being duly sworn, deposes and says:

    1.    I am associated with the law firm of Schindler Cohen & Hochman LLP, which is located at 100 Wall Street, 15th Floor, New York, New York 10005. Schindler Cohen & Hochman LLP is counsel for Defendant Fiduciary Asset Management, L.L.C. ("FAMCO") in the above-captioned action.

    2.    I am duly admitted to practice law before the courts of the Southern District of New York and I am a member in good standing of both the Bar of the State of New York and the Southern District of New York.

{00033114}

3. This affidavit is being submitted in support of FAMCO's motion to admit Stanley G. Schroeder *pro hac vice*.

4. Mr. Schroeder is a member of the law firm of The Lowenbaum Partnership, L.L.C., with an office at 222 South Central Avenue, Suite 901, Clayton, Missouri 63105. Mr. Schroeder is admitted to and is a member in good standing of the Bar of the State of Missouri and has not been disciplined by any court. A Certificate of Good Standing from the Supreme Court of Missouri is attached hereto as Exhibit A.

5. Mr. Schroeder is familiar with the facts and issues raised in this case insofar as they relate to FAMCO.

6. I respectfully request that Mr. Schroeder be permitted to appear as advocate and counsel, along with Schindler Cohen & Hochman LLP, on behalf of FAMCO in this action.

7. A proposed order for the admission of Mr. Schroeder *pro hac vice* is attached hereto.

Dated: New York, New York
August 21, 2007

**DANIEL E. SHAW**
**Notary Public, State of New York**
**No. 02SH6125837**
**Qualified in New York County**
**Commission Expires April 25, 2009**

_____
Matthew A. Katz

Sworn to before me this
21th day of August, 2007

_____
Notary Public

{00033114}                                    - 2 -

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on September 13, 1980,

## *Stanley Gerard Schroeder*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 3rd day of August 2007.

_____
Clerk of the Supreme Court of Missouri

SCHINDLER COHEN & HOCHMAN LLP
Jonathan L. Hochman (JH 7072)
Matthew A. Katz (MK 4252)
100 Wall Street, 15th Floor
New York, New York 10005
*Attorneys for Fiduciary Asset Management, L.L.C.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X
:
JEFFREY O. SWOPE,                                             :
:
                 Plaintiff,        :  Case No. 07-CV-6921 (BSJ)
:
     vs.                                                     :  **CERTIFICATE OF SERVICE**
:
FIDUCIARY ASSET MANAGEMENT, L.L.C.,                           :  (*ECF Case*)
:
                 Defendant.       :
:
------------------------------------------------------------- X

      I, Matthew A. Katz, hereby certify that I caused a copy of Fiduciary Asset Management, L.L.C.'s Motion to Admit Stanley G. Schroeder *Pro Hac Vice*, along with the Affidavit of Matthew A. Katz in support thereof, the Certificate of Good Standing of Stanley G. Schroeder, and the proposed Order for Admission *Pro Hac Vice* to be served on the 21th day of August by DHL Express mail upon:

    Todd A. Higgins, Esq.
    Crosby & Higgins LLP
    500 Fifth Avenue, Suite 1410
    New York, NY 10110

Mr. Higgins represented in a telephone conversation with me that he is authorized to accept service on behalf of Jeffrey O. Swope at the aforesaid address with respect to the above-captioned action.

*/s/ Matthew A. Katz*
_____
Matthew A. Katz

{00033115}

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY O. SWOPE,            Plaintiff,

                                                        07 cv 6921    (BSJ)

- against -

FIDUCIARY ASSET            Defendant.        **ORDER FOR ADMISSION**
MANAGEMENT, L.L.C.,                          **PRO HAC VICE**
                                             **ON WRITTEN MOTION**

Upon the motion of  Matthew A. Katz    attorney for  Fiduciary Asset Management L.L.C.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Stanley Schroeder |
| Firm Name: | The Lowenbaum Partnership |
| Address: | 222 South Central Avenue, Suite 901 |
| City/State/Zip: | Clayton, Missouri 63105 |
| Telephone/Fax: | (314) 746-4835 |
| Email Address: | sschroeder@lowenbaumlaw.com |

is admitted to practice pro hac vice as counsel for   Fiduciary Asset Management L.L.C.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                _____
                                                United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006