# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FIDUCIARY ASSET MANAGEMENT, LLC,  )
                                   )
                 Plaintiff,        )
                                   )    Civil Action No. 4:07-cv-301-HEA
vs.                                )
                                   )
JEFFREY O. SWOPE,                  )
                                   )
                 Defendant.        )

AFFIDAVIT OF STANLEY G. SCHROEDER
IN SUPPORT OF MOTION FOR RECOVERY OF COSTS

I, Stanley G. Schroeder, duly sworn upon my oath and of lawful age, state as follows:

1.     My name is Stanley G. Schroeder, and I serve as counsel for the plaintiff,
Fiduciary Asset Management, L.L.C. ("Plaintiff") in the above-referenced matter.

2.     I have developed personal knowledge of the contents of this affidavit through my
employment as counsel for Plaintiff.  I am fully competent to testify to the matters set forth in
this affidavit.

3.     On February 12, 2007, Plaintiff filed this declaratory judgment action following a
demand made in writing by Swope on January 2, 2007 for payment of $14,000,000 following the
termination of his employment by the Company.

4.     The Company responded to Swope's demands in writing denying those demands.

5.     The Company then filed this declaratory judgment action to resolve the claims
asserted by Swope and mailed Swope a waiver of service form along with all required process.

6.     The Company also provided a courtesy copy of the waiver form to Swope's
attorney.

7.    After Swope failed to return the waiver form, the Company's counsel discussed the waiver with Swope's attorney.

8.    Swope's attorney indicated that he would not accept service on behalf of Swope. As of the date of my executing this affidavit, Swope has not waived personal service.

9.    I have reviewed and approved payment for *Exhibits A and B*, which I find to be necessary and reasonable fees to effect service upon Jeffrey O. Swope. Those bills total $1,035.

10.    *Exhibit C* is a detailed spreadsheet setting forth the amount of time spent overseeing effectuation of valid service, each attorneys' billing rate, and a description of the time spent. A total of $4,058.41 in attorneys' fees was necessary to effectuate service.

11.    *Exhibit D* is a detailed spreadsheet setting forth the amount of time spent drafting the motion to collect fees and the supporting memorandum, each attorneys' billing rate, and a description of the time spent. A total of $840 in attorneys' fees was necessary to pursue the motion to collect costs.

12.    The total costs of effecting service and pursuing this motion are $5,933.41. These fees were necessary and reasonable in relation to the service of process upon Jeffrey O. Swope.

13.    Plaintiff has attempted to collect these fees via a certified mailing to Swope's 68th Street address. Swope, by his attorney, indicated Swope will not pay Plaintiff's costs.


I, Stanley G. Schroeder, have read and understood the preceding thirteen numbered paragraphs. I confirm their truth and accuracy by my personal knowledge.

Stanley G. Schroeder

2

STATE OF MISSOURI        )

                              )     ss

COUNTY OF ST. LOUIS    )

Subscribed and sworn personally before me on this 27th day of July 2007.

_Mary K. Corbin_
Notary Public

My commission expires: 8/29/08

```
MARY K. CORBIN
Notary Public – Notary Seal
State of Missouri
County of St. Louis
My Commission Expires 08/29/2008
```

3

Respectfully submitted,

/s/ Stanley G. Schroeder
Stanley G. Schroeder, ARN 24953
Robert W. Stewart, ARN 4463
Matthew B. Robinson, ARN 498731
The Lowenbaum Partnership, L.L.C.
222 South Central Avenue, Suite 901
Clayton, MO 63105
(314) 863-0092 - Phone
(314) 746-4848 - Fax
sschroeder@lowenbaumlaw.com
rstewart@lowenbaumlaw.com
mrobinson@lowenbaumlaw.com

Dated: July 27, 2007.                    **ATTORNEYS FOR PLAINTIFF**

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was served via U.S. mail this 27th day of July 2007 upon the following:

Mr. William L. Sessions
Sessions Lambert Selwyn, L.L.P.
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201

(counsel for Defendant)

/s/ Stanley G. Schroeder

4

# Secure Solutions International, Inc.
### 536 East 14th Street
### New York, NY 10009

### <u>Invoice</u>

To:         Matthew Robinson

Date:       May 17th, 2007
Ref:        05-1307

Re:         Process Service

Process Service 7hours @ $75.00                    $525.00
Expenses                                           $25.00

**Total**                                          **$550.00**



**Centex Professional Solutions, LLC**
108 W. 38th St.
Austin Texas 78705

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/18/2007 | 33271 |

**Bill To**

The Lowenbaum Partnership LLC
222 S. Central
Suite 901
St. Louis, Missouri 63105

| Cause Number | Due Date |
|--------------|----------|
| | 6/18/2007 |

| Person Served | Address | Service Date | Cost of Service |
|---------------|---------|--------------|-----------------|
| Jeffery Swope | | | 50.00 |
| | Rush | | 50.00 |
| Sitting on residence | 7 hours at $55.00 per hour | | 385.00 |

Thank you for your business.

| | Total | $485.00 |
|--|-------|---------|



Costs of Serving Mr. Swope

| Date | Attorney | Time | Hourly Rate | Description | Total Fee |
|---|---|---|---|---|---|
| 2/9/2007 | Stanley G. Schroeder | 0.25 | $245 | Confer with J. Swope attorney re: service of process; | $61.25 |
| 2/10/2007 | Matthew B. Robinson | 0.25 | $160 | Draft request for waiver of summons. | $40.00 |
| 2/12/2007 | Matthew B. Robinson | 0.25 | $160 | Revise waiver of service form. | $40.00 |
| 2/20/2007 | Matthew B. Robinson | 0.25 | $160 | Review return of certified mail from delivery of complaint and waiver of service to Swope. | $40.00 |
| 3/16/2007 | Matthew B. Robinson | 0.25 | $160 | Review status of waiver of service; E-mail R. Stewart and S. Schroeder re: same. | $40.00 |
| 3/19/2007 | Matthew B. Robinson | 1.25 | $160 | Research re: service of Swope in New York; Draft summons. | $200.00 |
| 3/20/2007 | Matthew B. Robinson | 1.00 | $160 | Confer with court clerk re: obtaining summons; Confer with process server re: service of process; Draft notice of unexecuted waiver; Draft notice of use of process server; Coordinate filing of notice of unexecuted waiver of service. | $160.00 |
| 3/22/2007 | Matthew B. Robinson | 0.50 | $160 | Confer with process server, R. Aiken; Revise notice of process server and coordinate filing same. | $80.00 |
| 3/23/2007 | Matthew B. Robinson | 0.50 | $160 | Review alias summons received from court; Draft letter to process server re: service upon J. Swope. | $80.00 |
| 3/26/2007 | Stanley G. Schroeder | 0.25 | $245 | Review comments from Plaintiff's counsel on service. | $61.25 |
| 3/26/2007 | Matthew B. Robinson | 1.00 | $160 | Continue coordination of service of process upon J. Swope by reviewing commercial databases concerning location of J. Swope; Confer with R. Aiken re: same. | $160.00 |
| 3/27/2007 | Matthew B. Robinson | 0.50 | $160 | Draft letter to J. Gallagher re: status of service of process; Review status of service; Review bankruptcy records of J. Swope re: possible domiciles of J. Swope. | $80.00 |
| 4/2/2007 | Stanley G. Schroeder | 0.25 | $245 | Confer with counsel for Swope to attempt to obtain further information regarding service and to respond to recent correspondence. | $61.25 |
| 4/5/2007 | | | | Federal Express - Express Package Service:  Robert Aiken on 4/3/07 | $45.66 |



Costs of Serving Mr. Swope

| | | | | | |
|---|---|---|---|---|---|
| 4/6/2007 | Stanley G. Schroeder | 1.25 | $245 | Confer with trial counsel in San Antonio regarding Swope testimony in tort litigation and identification of his location and amenability to service of process; Prepare summons draft and notices for obtaining special process service. | $306.25 |
| 4/6/2007 | Corey L. Franklin | 3.50 | $190 | Draft Alias Subpoena, Notice of Special Process Server, Memo for Plurie Subpoena; Telephone conferences with T. Flora, ION Investigations and James Griffith; Telephone conferences with Clerk; Letter to Griffith | $665.00 |
| 4/6/2007 | Robert W. Stewart | 0.50 | $255 | Telephone conference with Court Clerk; Review files re: forms needed; Conference with S. Schroeder. | $127.50 |
| 4/9/2007 | Stanley G. Schroeder | 0.50 | $245 | Confer regarding service of process and actions to take under federal rules to file motion for alternative method of service. | $122.50 |
| 4/11/2007 | Matthew B. Robinson | 1.50 | $160 | Continue drafting motion for recognition of service; Evaluate potential to seek default judgment. | $240.00 |
| 4/12/2007 | Matthew B. Robinson | 1.75 | $160 | Draft affidavit of R. Aiken, New York process server; Draft affidavit of J. Griffith, Texas process server; Confer with J. Griffith re: same; Evaluate strategy concerning service of process. | $280.00 |
| 4/12/2007 | | | | Federal Express - Express Package Service: James Griffith, Centex Pro Solutions on 4/7/07. | $42.75 |
| 4/17/2007 | Stanley G. Schroeder | 0.25 | $245 | Confer with Mr. Walbrandt to advise of status of efforts to obtain service upon Defendant and alternative approach taken to obtain service and initiate litigation. | $61.25 |
| 4/18/2007 | Matthew B. Robinson | 3.75 | $160 | E-mail exchange with J. Griffith, Texas process server, re: affidavit concerning service of process; Review and revised affidavit concerning same; Confer J. Griffith re: same; Evaluate service options; Draft motion for alias summons for service in New York. | $600.00 |

Costs of Serving Mr. Swope

| | | | | | |
|---|---|---|---|---|---|
| 4/18/2007 | Stanley G. Schroeder | 0.75 | $245 | Confer to evaluate next actions in attempts to have Swope served, evaluate story from process server regarding attempts to obtain service and evaluate whether the efforts are sufficient under Missouri law, evaluate Texas law possibilities and evaluate N.Y. law possibilities and conclude that service in New York is best approach and advise client of situation and next service efforts. | $183.75 |
| 5/3/2007 | Matthew B. Robinson | 0.25 | $160 | Confer with R. Aiken, New York process server, re: status; E-mail S. Schroeder re: same; E-mail picture of J. Swope to process server. | $40.00 |
| 5/11/2007 | Matthew B. Robinson | 0.75 | $160 | Telephone message for R. Aiken re: status of service on Swope; Research re: New York service of process law; E-mail S. Schroeder re: same. | $120.00 |
| 5/14/2007 | Matthew B. Robinson | 0.25 | $160 | Confer with R. Aiken, process server, re: service of J. Swope. | $40.00 |
| 5/23/2007 | Matthew B. Robinson | 0.25 | $160 | Review return of service of process from R. Aiken. | $40.00 |
| 5/30/2007 | Matthew B. Robinson | 0.25 | $160 | Review status of return of process; Confer with R. Aiken re: same. | $40.00 |
| | | | | **Total:** | **$4,058.41** |

Costs of Preparing Motion for Recovery of Costs

| Date | Attorney | Time | Hourly Rate | Description | Total Fee |
|---|---|---|---|---|---|
| 6/4/2007 | Matthew B. Robinson | 2.25 | $160 | Draft motion for recovery of costs of service of process. | $360.00 |
| 6/5/2007 | Matthew B. Robinson | 2.00 | $160 | Revise motion to recover costs and memorandum in support of same; Draft affidavit of S. Schroeder in support of same. | $320.00 |
| 6/8/2007 | Matthew B. Robinson | 0.25 | $160 | Revise motion for costs of service. | $40.00 |
| 6/11/2007 | Matthew B. Robinson | 0.25 | $160 | Review spreadsheet of costs attributable to service of process. | $40.00 |
| 7/6/2007 | Matthew B. Robinson | 0.75 | $160 | Revise motion for costs of service. | $120.00 |
| | | | | | |
| | | | | Total: | $880.00 |



## Other Documents

4:07-cv-00301-HEA Fiduciary Asset Management, LLC vs. Jeffrey O. Swope

### U.S. District Court

### Eastern District of Missouri (LIVE)

Notice of Electronic Filing

The following transaction was received from Schroeder, Stanley entered on 7/27/2007 at 4:04 PM CDT
and filed on 7/27/2007

**Case Name:**        Fiduciary Asset Management, LLC vs. Jeffrey O. Swope
**Case Number:**      4:07-cv-301
**Filer:**            Fiduciary Asset Management, LLC
**Document Number:** 17

**Docket Text:**
AFFIDAVIT re [14] Memorandum in Support of Motion, by Plaintiff Fiduciary Asset Management,
LLC. (Attachments: # (1) Exhibit A - Akin Invoice# (2) Exhibit B - Griffith Invoice# (3) Exhibit C -
Costs of Serving Mr. Swope# (4) Exhibit D - Costs of Preparing Motion for Recovery of Costs)
(Schroeder, Stanley)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=7/27/2007] [FileNumber=2034008-0
] [3fc7a790b90e5d50f9056242c66af2e1e521a8831fc2c38a608c06ec21637f33a7d
1f4784bde3f0904868f6632d22f804568dea4c34d6dc9f8e8e3744faf864c]]
**Document description:** Exhibit A - Akin Invoice
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=7/27/2007] [FileNumber=2034008-1
] [2ed01825a733115c7c736ea3e476f183669411127f50b465dceb705a9150a721014
0bb837b892047a3afd46f32fa721a8d798016ddafa1174f52e266fe5e6c9e]]
**Document description:** Exhibit B - Griffith Invoice
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=7/27/2007] [FileNumber=2034008-2
] [7f4bd9680dbb7849d5a1e944e0271d4f1cf83dedcae57de65e4873821a3250cb74f
5daf050f2dd4d42e3d07405be406c438f7d7ba433a294abec2092af7cdc8a]]
**Document description:** Exhibit C - Costs of Serving Mr. Swope
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=7/27/2007] [FileNumber=2034008-3
] [abec5e53d6d40e3b5aa094d9f9f03717fc6c5e0c20a688de43001b56f52bfed0d95
485427414e4beeb81b5248c1e582cc1d3f9a628d7f207f9fc2a7414393c3a]]
**Document description:** Exhibit D - Costs of Preparing Motion for Recovery of Costs

**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=7/27/2007] [FileNumber=2034008-4
] [762ea43bb7f1d4edc52c3d30cf6509fa54fcd59718029d8598276b158d05d73a469
134c60b0bf5a7719368a0a9c436c8334eddf6b20241e193e87dcd98015c31]]

**4:07-cv-301 Notice will be electronically mailed to:**

Matthew B. Robinson     mbr@lowenbaumlaw.com

Stanley G. Schroeder     sschroeder@lowenbaumlaw.com

Robert W. Stewart     rstewart@lowenbaumlaw.com

**4:07-cv-301 Notice will be delivered by other means to:**