# EXHIBIT C

## Patty L. Boyd

From: Lara Houseman (CBIZ HCS) [lhouseman@cbiz.com]
Sent: Wednesday, May 10, 2006 8:47 AM
To: Patty L. Boyd
Subject: RE: Poster for Texas based employee

Patty,
Thanks, I had a great time off the Grand Canyon is quite the site!

Jeff does not need to post it anywhere, I would recommend sending a copy to him and having him keep it with his other personnel records he keeps at his apartment. Sorry, I knew he worked from home, kind of silly!

Lara D. Houseman
-----Original Message-----
From: Patty L. Boyd [mailto:pboyd@famco.com]
Sent: Wednesday, May 10, 2006 8:42 AM
To: Lara Houseman (CBIZ HCS)
Subject: RE: Poster for Texas based employee

Hi Lara,

I hope you enjoyed the time off!

Ok - so is Jeff seriously supposed to post this thing in his apartment?  Can we post it here?

Jodi usually comes out here once a week...would you send it with her and she can bring it over here?

Thanks!
PB

From: Lara Houseman (CBIZ HCS) [mailto:lhouseman@cbiz.com]
Sent: Tuesday, May 09, 2006 5:53 PM
To: Patty L. Boyd
Cc: Maria Cain (CBIZ HCS)
Subject: Poster for Texas based employee

Good afternoon Patty,
We have received a poster from the Texas Workforce Commission to be sent to Jeffrey Swope.

Please advise if you would prefer us to send it or if you would prefer to send it from your office.
Thanks,

Lara D. Houseman
CBIZ Human Capital Services
One CityPlace Drive Suite 570
St. Louis, MO 63141
Phone (314)692-2249
Direct (314)692-5869
Fax (314)692-4222
EFax (866) 399-0412

This e-mail is intended exclusively for the use of the person to whom or entity to which it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under law. If you are not an intended recipient, any dissemination, distribution or copying of this communication is prohibited. In such case, if you received this transmission in error, please delete this transmission and any attachments and notify us immediately by return e-mail or by telephone at (314) 692-2249.

As required by U.S. Treasury rules, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.