# EXHIBIT D

# EXHIBIT D

## Patty L. Boyd

**From:** Jeffrey Swope
**Sent:** Thursday, January 19, 2006 7:28 PM
**To:** Patty L. Boyd
**Subject:** RE: a few questions...

yes, Texas is permanent address.. I will notify bob...all is going well. I have eliminated the Clayton apartment. Will se you Friday.  Jeff


Jeffrey Swope
Senior Managing Director
FAMCO
8112 Maryland Ave., Suite 400
St. Louis, MO 63105
Office: (314) 446-6772
Fax: (314) 446-6771
Blackberry: (314) 330-8020
www.famco.com

---

**From:** Patty L. Boyd
**Sent:** Thu 1/19/2006 3:13 PM
**To:** Jeffrey Swope
**Subject:** a few questions...

Hi Jeff,

I transferred $213,212.46 to your Prytania Partners account today for your 4q05 net commissions.

Also, Bob will receive his bonus ($12,000 gross / $7,986.00 net) via direct deposit on Tuesday, January 24. Do you want me to notify him or will you?

One more thing... Will Texas be your state of residence going forward? I will need to change your payroll tax withholdings if so. I am still taking MO taxes out of your payroll. Have you eliminated your apartment in Clayton?

Thanks Jeff – I hope all is well in your world.

PB



Patricia L. Boyd
Treasurer-Controller
Fiduciary Asset Management, LLC
8112 Maryland Avenue, Suite 400
Saint Louis, MO 63105
(314) 446-6743 phone
(314) 446-6701 fax

8/29/2007