# EXHIBIT E

American Express Expense Report

| Jun-06 | Provider | Amount | Business Purpose | NOTES |
|---|---|---|---|---|
| *Cell Phone, Internet, Efax* | | | | |
| | AT&T | $ 4.89 | Long Distance Calls | ok |
| | Verizon Wireless | $ - | New Treo Cell Phone and Monthly Service | PERSONAL - did not return phone - $885.67 |
| | Efax | $ 12.95 | Monthly Service | ok |
| | T-Mobile | $ 29.99 | Monthly Service | ok |
| *Hotels, Airlines and Travel Agent Fees* | | | | |
| | Aldine | $ 25.00 | Fee | |
| | Continental Airlines | $ 1,894.80 | Plane ticket for Chicago Callan Meeting. | departure date: 5/30/06 - Austin/Houston/ N.O./Houston/ Chicago - no meeting tracker for this week |
| | Delta Airlines | $ - | Flight to NY for Meetings week of 5/30 (was Credited) | credited |
| | Expedia Service Fee | $ 5.00 | Fee | ok |
| | Aldine Travel | $ 25.00 | Fee | ok |
| | Aldine Travel | $ 25.00 | Fee | ok |
| | Continental Airlines | $ 363.30 | Flight to Newark for NYC meetings | departure date: 5/31/06 - N.O./Newark - no meeting tracker for this week |
| | Four Seasons Hotel | $ 1,937.28 | Hotel while in NYC for Meetings | 6/2/06 - PERSONAL? - hotel in NY when has an apt? no meeting tracker for this week. |
| | Westin Princeton | $ 858.23 | Meetings with Terry Horton with DA Horton and John Shapiro at MS | 6/1-6/3/06 - Princeton, NJ - no meeting tracker this week |
| | American Airlines | $ 764.30 | Flight to NY for Meetings week of June 12 (Final Presentation for Family Office - HCE) | departure date: 6/11/06 - N.O./New York - no meeting tracker for this week |
| *Food and Entertainment* | | | | |

| | | | | |
|---|---|---|---|---|
| | Al Baraka Resturant | $ - | Dinner following the IVY Cup Polo Charity Event. FAMCO sponsored Event and received a table. They did not charge us, so we bought the planners dinner that night. | PERSONAL - $2089.80 - FAMCO not listed as sponsor. Date of charge: 5/15/06. Event date: 5/20/06. Nothing on meeting tracker to support charge. |
| | Geisha | $ 125.65 | Lunch with Don Segalas re MLp Fund investment | 6/14/06 - NY - no meeting tracker for this week |
| *Airport Transportation & Parking* | | | | |
| | Exxon Mobile | $ - | gas for Car Service on the way to UBS Ivy Cup Charitable Event. | PERSONAL - $59.11 - 5/20/06 - to attend Ivy Cup |
| | AMPCO | $ 144.00 | Parking at Austin Airport with on Business Trip | 5/23/06 - ok |
| | Dial 7 | $ 67.00 | Airport to City (NYC) | 5/26/06 - ok |
| | 1800 Book A Limo | $ 121.76 | Airport Transportation (NYC) | 6/1/06 - NY to Four Seasons hotel |
| *Rental Car* | | | | |
| | Hertz | $ 180.72 | Drive to Princeton for DA Horton and MS meetings | 6/2/06 - Newark - no meeting tracker for this week |
| *Other* | | | | |
| | Kinkos | $ 45.83 | Computer Time and Printing | ok |
| | Kinko's | $ 10.58 | Computer Printing | ok |
| | Kinkos | $ 7.97 | Printing | ok |
| | **Total due JOS** | **$ 6,649.25** | | |

(6100)

550.