# EXHIBIT F

American Express Expense Report

| Apr-06 | Provider | Amount | Business Purpose | NOTES |
|---|---|---|---|---|
| *Cell Phone, Internet, Efax* | | | | |
| | Verizon Wireless | $ 244.43 | Mobile Phone | ok |
| | Efax | $ 12.95 | Electronic Fax Service | ok |
| | T-Mobile | $ 29.99 | Hot Spot Internet Access | ok |
| | Kinkos | $ 14.78 | Print MLP Fund Marketing Materials | ok |
| *Corporate Platinum Card Fee* | | | | |
| | AMEX | $ 150.00 | Corporate Card | ok |
| *Airlines and Travel Agent Fees* | | | | |
| | Continental Airlines | $ 529.80 | Travel home, following meetings in NYC (See Meeting Tracker for March 26, 2006 | departure date: 3/26/06 - no meeting trackers required prior to Apr '06 |
| | Continental Airlines | $ 1,332.70 | Travel to New York & New Orleans for business; See meeting tracker | departure date: 4/5/06 - Austin/Newark/New Orleans/Houston/ Austin - mtgs w/ Vulcan, David Saatchi/private, Barnard College |
| | Southwest | $ 244.60 | Travel to STL for meeting | departure date: 4/3/06 |
| | Southwest | $ 247.10 | Return from STL meeting | departure date: 4/3/06 |
| | Aldine Travel | $ 25.00 | Fee | ok |
| | Aldine Travel | $ 25.00 | Fee | ok |
| | American Airlines | $ 482.60 | Travel to STL for Meetings | departure date: 4/19/06 |
| | Continental Airlines | $ - | Travel to NY for Business, then Dayton OH for Final Presentation, then back home to Austin | original departure date: 4/21/06 - changed trip/initial charge then credit of $1903.20 (see May statement). new departure date: 4/21/06 - Newark/Dayton/ Chicago/Austin - meetings w/ Pinnacle, Ohio State Endowment, Sheet Metal Workers |

*Food and Entertainment*

| | | | | |
|---|---|---|---|---|
| | Grab & Go | $ 17.23 | Lunch at Airport, STL Trip | ok |
| | Geisha Resturant | $ 277.35 | Dinner w/ Ford Graham and 3 of his Lps that were interested in MLP Fund. | 4/5/06 - NY |
| | PJ Clarkes Resturan | $ 73.34 | Lunch with Ricky Whitebarnard College | 4/7/06 - NY |
| **Airport Transportation & Parking** | | | | |
| | 1800 Book A Limo | $ 108.77 | To Newark Airport for flight. 3.26.06 | ok |
| | Ampco Parking Austin | $ 165.00 | Parking while traveling to NY | ok |
| | 1800 Book A Limo | $ 496.61 | Car service: pick up from Newark airport. Pick up Vulcan Capital Prospects and take to dinner at Geisha. Take home after dinner. | 4/6/06 - NY (same business purpose/same date as below??) |
| | 1800 Book A Limo | $ 321.52 | Pick up potential investors in MLP Fund and take to dinner at Geisha. Take home after dinner. | 4/6/06 - NY (same business purpose/same date as above??) |
| | 1800 Book A Limo | $ 105.58 | Car service to Airport in NY | ok |
| | Dial 7 | $ 61.00 | Airport in NY to Apt | ok |
| **Rental Car** | | | | |
| | Hertz | $ 239.92 | Rental Car: Flight from Houston to Austin cancelled. Rented a car and drove. Returning from STL. | 4/2-4/3/06 - Houston to Auston |
| | Hertz | $ 345.69 | Rental Car to Nyack, NY. To meet with D. Saatchi. Returned the next day. | 4/6-4/7/06 - NY |
| **Other** | | | | |
| | Symantec | $ 29.99 | Software for Corporate Computer. Annual Subscription | |

| | | | |
|---|---|---|---|
| Credits to Card that accrue to me from previous bill | $ 826.20 | April AMEX statement | credits for March air charges ($826.20) - ensure charged to JOS in Mar, then ok to deduct for Apr (other credit for $608.20 was for a personal ticket) |
| Total Due JOS | $ 6,407.15 | | |