# EXHIBIT G

Prepared For                                   Account Number                                         Page 12 of 26
CHARLES D WALBRANDT                            XXXX-XXXXX6-12009
FIDUCIARY ASST MGMT

| | | | Foreign Spending | Amount $ |

New Activity Continued  *Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.

| Date | Description | | Carrier / Class / Date | | Amount |
|---|---|---|---|---|---|
| 03/24/06 | CONTINENTAL AIRLINES WEB  WE<br>From: NEWARK NJ   To: NEW ORLEANS LA<br>Ticket Number: 00521680031994<br>Passenger Name: SWOPE/JOHN<br>Document Type: PASSENGER TICKET | | Carrier: CO / CO   Class: YJ / YJ<br>Date of Departure: 03/26 | | 479.80 |
| 03/24/06 | CONTINENTAL AIRLINES WEB  WE<br>From: NEWARK NJ   To: NEW ORLEANS LA<br>Ticket Number: 00521680032005<br>Passenger Name: SWOPE/MILLER<br>Document Type: PASSENGER TICKET | | Carrier: CO / CO   Class: YJ / YJ<br>Date of Departure: 03/26 | | 479.80 |
| 03/24/06 | CONTINENTAL AIRLINES WEB  WE<br>From: NEWARK NJ   To: NEW ORLEANS LA<br>Ticket Number: 00521680032016<br>Passenger Name: SWOPE/STEFAN<br>Document Type: PASSENGER TICKET | | Carrier: CO / CO   Class: YJ / YJ<br>Date of Departure: 03/26 | | 479.80 |
| 03/24/06 | CONTINENTAL AIRLINES WEB  WE<br>From: NEWARK NJ   To: NEW ORLEANS LA<br>Ticket Number: 00521680032112<br>Passenger Name: SWOPE/JEFFREYMR<br>Document Type: PASSENGER TICKET | | Carrier: CO / CO   Class: AJ / AJ<br>Date of Departure: 03/26 | | 529.80 |
| 03/24/06 | CONTINENTAL AIRLINES NEW ORLEANS  LA<br>From: NEW ORLEANS LA   To: HOUSTON TX IAH<br>Ticket Number: 00503262851266<br>Passenger Name: SWOPE/JEFFREYMR<br>Document Type: TICKET BY MAIL | | Carrier: CO / CO   Class: (blank) / VO<br>Date of Departure: 03/29 | | 10.00 |
| 03/24/06 | CONTINENTAL AIRLINES HOUSTON    TX<br>From: NEW ORLEANS LA   To: HOUSTON TX IAH / ST LOUIS MO / HOUSTON TX IAH / NEW ORLEANS LA<br>Ticket Number: 00521680125864<br>Passenger Name: SWOPE/JEFFREYMR<br>Document Type: PASSENGER TICKET | | Carrier: CO / CO / CO / CO   Class: ZL / YL / YL / ZL<br>Date of Departure: 03/29 | | 826.20 |
| 03/25/06 | WINDSOR COURT HOTEL NEW ORLEANS    LA<br>Arrival Date 03/22/06   Departure Date 03/24/06<br>LODGING | | No of Nights: 2 | | 402.50 |
| 03/26/06 | ZAGAT SURVEY ONLINE 888-371-5440    NY<br>SUBSCRIPTION | | | | 4.95 |
| 03/27/06 | CONTINENTAL AIRLINES HOUSTON    TX<br>From: NEW ORLEANS LA   To: HOUSTON TX IAH / AUSTIN TX<br>Ticket Number: 00521681529736<br>Passenger Name: SWOPE/JEFFREYMR<br>Document Type: PASSENGER TICKET | | Carrier: CO / CO / CO   Class: AL / AL / AL<br>Date of Departure: 03/30 | | 304.10 |

Continued on next page