# EXHIBIT H

10/04/06 WED 11:58 FAX 212 758 5711      FOUR SEASON NY.                                       ☒002



# FOUR SEASONS HOTEL
## New York

Jeffrey Swope  
10 Liberty St  
44e  
New York, NY 10005 US  

COPY OF INVOICE

| | |
|---|---|
| Arrival | 05-30-06 |
| Departure | 06-01-06 |
| Room No. | 1803 |
| Folio No. | 129751 |
| Confirm No. | 295628 |
| Cashier | 103 |
| Page No. | 1 of 2 |
| | 10-04-06 |

| Date | Description | | Debit | Credit |
|---|---|---|---|---|
| | | #1803 : | 15.95 | |
| 05-30-06 | Movies | | 1.34 | |
| 05-30-06 | Movie Tax | #1803 : CHECK #2008 Ball Allison | 44.10 | |
| 05-30-06 | Room Service Dinner | | 625.00 | |
| 05-30-06 | Room Charge | | 52.34 | |
| 05-30-06 | Sales Tax | | 31.25 | |
| 05-30-06 | City Tax | | 2.00 | |
| 05-30-06 | Occupancy Tax | | 1.50 | |
| 05-30-06 | Javits Center Fee | | 8.01 | |
| 05-31-06 | Telephone Long Distance | | 16.60 | |
| 05-31-06 | Telephone Long Distance | | 1.50 | |
| 05-31-06 | Telephone Local | | 8.01 | |
| 05-31-06 | Telephone Long Distance | | 8.01 | |
| 05-31-06 | Telephone Long Distance | | 8.01 | |
| 05-31-06 | Telephone Long Distance | | 65.25 | |
| 05-31-06 | Telephone Long Distance | #1803 : CHECK #2133 | 37.58 | |
| 05-31-06 | Room Service Lunch | #1803 : CHECK #2622 | 8.67 | |
| 05-31-06 | Private Bar | #1803 : | 15.95 | |
| 05-31-06 | Movies | | 1.34 | |
| 05-31-06 | Movie Tax | #1803 : CHECK #2201 | 136.88 | |
| 05-31-06 | Room Service Dinner | #1803 : | 15.95 | |
| 05-31-06 | Movies | | 1.34 | |
| 05-31-06 | Movie Tax | | 625.00 | |
| 05-31-06 | Room Charge | | 52.34 | |
| 05-31-06 | Sales Tax | | 31.25 | |
| 05-31-06 | City Tax | | 2.00 | |
| 05-31-06 | Occupancy Tax | | 1.50 | |
| 05-31-06 | Javits Center Fee | | | |

57 EAST 57TH STREET · NEW YORK, NEW YORK 10022 U.S.A.  
TELEPHONE 212.758.5700 · FAX 212.758.5711 · www.fourseasons.com

10/04/06  WED 11:58 FAX 212 758 5711        FOUR SEASON NY.                               ☏003



# FOUR SEASONS HOTEL
*New York*

| | |
|---|---|
| Jeffrey Swope | Arrival      05-30-06 |
| 10 Liberty St | Departure    06-01-06 |
| 44e | Room No.     1803 |
| New York, NY 10005 US | Folio No.    129751 |
| | Confirm No.  295628 |
| COPY OF INVOICE | Cashier      103 |
| | Page No.     2 of 2 |
| | 10-04-06 |

| Date | Description | | Debit | Credit |
|---|---|---|---|---|
| 06-01-06 | Gift Shop - Drugs | #1803 : CHECK #8515 | 5.00 | |
| 06-01-06 | Room Service Breakfast | #1803 : CHECK #2378 | 57.91 | |
| 06-01-06 | Telephone Long Distance | | 8.01 | |
| 06-01-06 | Private Bar | #1803 : CHECK #2715 | 47.69 | |
| 06-01-06 | American Express | XXXXXXXXXXX2132 | | 1,937.28 |
| | Total | | 1,937.28 | 1,937.28 |
| | Balance | | | 0.00 |

10/04/06 WED 11:57 FAX 212 758 5711     FOUR SEASON NY.                    ☒001



# FOUR SEASONS HOTEL
*New York*

## F A X  T R A N S M I T T A L  S H E E T

57 EAST 57TH STREET, NEW YORK, NEW YORK 10022, U.S.A.
WORLD WIDE WEB: www.fourseasons.com

| | |
|---|---|
| Date sent: | 10/04/06 |
| To: | Patricia Boyd |
| Company/Department: | Fiduciary |
| Fax number: | 314 446 6701 |
| This message is from: | Gabriela Ruiz |
| Number of pages (including cover sheet): | 3 |

If transmission is incomplete, please call: Four Seasons Hotel New York

Telephone number: (212) 758-5700        Fax number: (212) 893-6828

This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If you are not the intended recipient, or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communications is strictly prohibited without the express consent of the sender or the intended recipient. If you receive this communication in error, please notify us immediately.

Mobil Five Star and AAA Five Diamond Rated
Zagat Survey of Top US Hotels, Resorts and Spas, #1 Hotel in New York City (2004)
Departures Magazine, Named Top Hotel In New York City (2004)
Nota Bene Travel Review, New York, Named Top Hotel in New York City

