# EXHIBIT I

Jun '06



| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| CHARLES D WALBRANDT<br>FIDUCIARY ASST MGMT | XXXX-XXXXX6-12009 | 06/20/06 | Page 11 of 28 |

### New Activity Continued

\*\* Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.

| Date | Description | | | Foreign Spending | Amount $ |
|---|---|---|---|---|---|
| 06/01/06 | ALDINE TRAVEL INC  SAINT LOUIS  MO<br>AMERICAN AIRLINES<br>From:            To:              Carrier:   Class:<br>ST LOUIS MO   SEATTLE WA       AA        H2<br>                       ST LOUIS MO      AA        L2<br>Ticket Number: 00113818603065<br>Passenger Name: RIAD/MOHAMMED<br>Document Type: PASSENGER TICKET | | | Date of Departure: 06/04 | 134.00 |
| 06/01/06 | GREAT AMERICAN BAGEL ST LOUIS MO<br>FOOD AND BEVERAGE | | | | 9.53 |
| 06/01/06 | ORBITZ.COM  CHICAGO  IL<br>ORB*AP120101HWDSRKE2 | | | | 5.99 |
| 06/01/06 | ORBITZ.COM  CHICAGO  IL<br>ORB*5U3TQC | | | | 32.00 |
| 06/01/06 | ST LOUIS AIRPORT  ST LOUIS  MO<br>PARKING LOT/GARAGE | | | | 15.00 |
| 06/02/06 | CARDWELL'S CLAYTON ST. LOUIS  MO<br>FOOD/BEVERAGE<br>FOOD/BEV  38.91<br>TIP       7.00 | | | | 45.91 |
| 06/04/06 | RUTHS CHRIS STEAK HOSEATTLE  WA<br>FOOD/BEVERAGE<br>FOOD  313.36<br>TIP    50.00 | | | | 363.36 |
| 06/05/06 | TULLY'S  SEATTLE  WA<br>FAST FOOD | | | | 6.38 |
| 06/05/06 | ST LOUIS AIRPORT  ST LOUIS  MO<br>PARKING LOT/GARAGE | | | | 36.00 |
| 06/06/06 | WESTIN HOTELS SEATTL206-7281000  WA<br>Arrival Date    Departure Date<br>06/04/06         06/05/06<br>HOTEL/LODGING<br>LODGING | | | | 288.20 |
| 06/16/06 | TRAVEL AGENCY SERVICE314-994-7878 MO<br>TRAVL SR00001214030963<br>Routing Details Not Available<br>Ticket Number: 00012140309630<br>Passenger Name: RIAD/MOHAMMED<br>Document Type: AGENCY MISC CHARGES ORDER | | | Date of Departure: 06/16 | 25.00 |
| 06/16/06 | ALDINE TRAVEL INC  SAINT LOUIS  MO<br>AMERICAN AIRLINES<br>From:           To:             Carrier:   Class:<br>ST LOUIS MO   DENVER CO        AA        SA<br>                       ST LOUIS MO      AA        GA<br>Ticket Number: 00177653780080<br>Passenger Name: RIAD/MOHAMMED<br>Document Type: PASSENGER TICKET | | | Date of Departure: 08/04 | 328.60 |

**Total of New Activity for MOHAMMED RIAD**  
New Charges  1,839.66  
Payments/Credits  -552.60

New Activity for JEFFREY SWOPE  
Card XXXX-XXXXX6-12132

| 05/25/06 | 6% OPEN SAVINGS AT FEDEX KINKO'S<br>OFFICE AND PRINT CENTERS<br>KINKOS 0228 $45.83 05/24/06 | -2.29 |
| 05/30/06 | CONTINENTAL AIRLINES WEB  WE<br>Routing Details Not Available<br>Ticket Number: 005217075940039 | -208.10 |

Continued on reverse

Prepared For
**CHARLES D WALBRANDT**
**FIDUCIARY ASST MGMT**

Account Number
XXXX-XXXXX6-12009

Page 12 of 28

### New Activity Continued

** Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.

Foreign Spending | Amount $

| Date | Description | | | | Amount $ |
|---|---|---|---|---|---|
| 05/30/06 | CONTINENTAL AIRLINES WEB    WE  Routing Details Not Available  Ticket Number: 00521707594049 | | | | 208.10 |
| 05/31/06 | DELTA AIR LINES   ATLANTA   GA  Routing Details Not Available  Ticket Number: 006131244141119 | | | | 1,083.59 |
| 06/01/06 | CONTINENTAL AIRLINES HOUSTON TX  153  Routing Details Not Available  Ticket Number: 00521707744089 | | | | 98.01 |
| 06/06/06* | 5% OPEN SAVINGS AT HERTZ  HERTZ CAR RENTAL $180.72 06/02/06 | | | | -9.04 |
| 06/07/06 | CONTINENTAL AIRLINES HOUSTON TX  159  Routing Details Not Available  Ticket Number: 00521710217149 | | | | 1,173.40 |
| 06/10/06* | 5% OPEN SAVINGS AT FEDEX KINKO'S  OFFICE AND PRINT CENTERS  KINKOS 1511 $10.58 06/09/06 | | | | -0.53 |
| 06/13/06* | 5% OPEN SAVINGS AT HERTZ  HERTZ CAR RENTAL $243.04 06/11/06 | | | | -12.15 |
| 06/19/06* | 5% OPEN SAVINGS AT FEDEX KINKO'S  OFFICE AND PRINT CENTERS  KINKOS 0217 $7.97 06/18/06 | | | | -0.40 |
| 06/19/06* | 5% OPEN SAVINGS AT HERTZ  HERTZ CAR RENTAL $661.26 06/17/06 | | | | -33.06 |
| 06/20/06* | 5% OPEN SAVINGS AT HERTZ  HERTZ CAR RENTAL $242.12 06/19/06 | | | | -12.11 |
| 05/15/06 | AL BARAKA       NEW YORK CITY    NY  F&B/RESTAURANT  FOOD/BEV    1,759.80  TIP         330.00 | | | | 2,089.80 |
| 06/20/06 | EXXONMOBIL3401272343NEW YORK   NY  PAY AT PUMP3401272343 | | | | 59.11 |
| 05/21/06 | HMSHOST-EWR-AIRPRT #NEWARK    NJ  FOOD/BEV | | | | 8.56 |
| 05/22/06 | APPLE COMPUTER    CUPERTINO    CA  COM*PUTER/SOFTWARE  M206960906  4110704283 | | | | 9.90 |
| 05/22/06 | STOR-ALL TCHOUPITOUL5048992238    LA  TRUCKING/MOVING/STORAGE | | | | 89.00 |
| 05/23/06 | CONTINENTAL AIRLINES WEB    WE  From:        To:              Carrier:  Class:  NEW ORLEANS LA  HOUSTON TX IAH   CO       HL  AUSTIN TX        CO       HL  CO       HL  Ticket Number: 00521707594030     Date of Departure: 05/23  Passenger Name: SWOPE/MILLER  Document Type: PASSENGER TICKET | | | | 208.10 |
| 05/23/06 | CONTINENTAL AIRLINES WEB    WE  From:        To:              Carrier:  Class:  NEW ORLEANS LA  HOUSTON TX IAH   CO       HL  AUSTIN TX        CO       HL  CO       HL  Ticket Number: 00521707594041     Date of Departure: 05/23  Passenger Name: SWOPE/STEFAN  Document Type: PASSENGER TICKET | | | | 208.10 |
| 05/23/06 | AT&T CALL    1800 657 2466   NJ  3144466700 | | | | 4.89 |

Handwritten annotations in left margin:
- NY 5/15/06 to 6/20/06
- witness 1/21/06 to 5/22/06
- Austin 5/23/06 to 5/31/06

Continued on next page



| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| CHARLES D WALBRANDT<br>FIDUCIARY ASST MGMT | XXXX-XXXXX6-12009 | 06/20/06 | Page 13 of 28 |

### New Activity Continued
*\* Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.*

| Date | Description | Foreign Spending | Amount $ |
|---|---|---|---|
| 05/23/06 | VERIZONWRLSSAPO VE 800-922-0204   NJ<br>CELLPHONE | | 885.67 |
| 05/23/06 | 1-800-BOOK-A-LIMO   NEW YORK   NY<br>GENERAL MDSE | | 697.07 |
| 05/23/06 | AMPCO SYSTEM PARKINGAUSTIN   TX<br>PARKING FEES | | 144.00 |
| 05/24/06 | KINKOS 0228   AUSTIN   TX<br>0000 000000 | | 45.83 |
| 05/25/06 | TRAVEL AGENCY SERVICE314-994-7878 MO<br>TRAVL SR0001217020817<br>Routing Details Not Available<br>Ticket Number: 00012170208170   Date of Departure: 05/25<br>Passenger Name: SWOPE/JEFFREY<br>Document Type: AGENCY MISC CHARGES ORDER | | 25.00 |
| 05/25/06 | ALDINE TRAVEL INC   SAINT LOUIS  MO<br>CONTINENTAL AIRLINES<br>From:          To:              Carrier:   Class:<br>AUSTIN TX      HOUSTON TX IAH   CO         AL<br>               NEW ORLEANS LA   CO         AL<br>               HOUSTON TX IAH   CO         Z1<br>               O HARE FIELD IL  CO         Z1<br>Ticket Number: 00513818602673   Date of Departure: 05/30<br>Passenger Name: SWOPE/JEFFREY<br>Document Type: PASSENGER TICKET | | 1,894.80 |
| 05/25/06 | ZAGAT SURVEY ONLINE 888-371-5440   NY<br>SUBSCRIPTION | | 4.95 |
| 05/26/06 | AMERICAN AIRLINES   DALLAS,   TX<br>From:              To:                  Carrier:   Class:<br>LOS ANGELES CA     DALLAS/FT WORTH TX   AA         YU<br>                   NEW ORLEANS LA       AA         YU<br>Ticket Number: 00121188056831   Date of Departure: 05/26<br>Passenger Name: LOW/EARL MR<br>Document Type: PASSENGER TICKET | | 751.60 |
| 05/26/06 | DIAL 7 CAR & LIMOUSINENEW YORK   NY<br>00 GENERAL MERCHANDISE<br>2006-05-21 09:30 818 M TO NWK<br>2006-05-25 12:33 036 | | 67.00 |
| 05/28/06 | APPLE COMPUTER   CUPERTINO   CA<br>COM*PUTER/SOFTWARE<br>M210491374<br>4114084284 | | 32.82 |
| 05/29/06 | EXPEDIA INC   ATLANTA   GA<br>DELTA AIR LINES<br>From:           To:                 Carrier:   Class:<br>NEW ORLEANS LA  ATLANTA GA          DL         FO<br>                LAGUARDIA INTL A/P  DL         QU<br>Ticket Number: 00613124414114   Date of Departure: 05/30<br>Passenger Name: SWOPE/JEFFREY<br>Document Type: PASSENGER TICKET | | 1,083.59 |
| 05/29/06 | EXPEDIA SVC/DLVRY FE800-397-3342   WA<br>NON-REFUNDABLE | | 5.00 |
| 05/30/06 | TRAVEL AGENCY SERVICE314-994-7878 MO<br>TRAVL SR0001227020786<br>Routing Details Not Available<br>Ticket Number: 00012270207860   Date of Departure: 05/30<br>Passenger Name: SWOPE/JEFFREY<br>Document Type: AGENCY MISC CHARGES ORDER | | 25.00 |

Continued on reverse

| Prepared For | Account Number | Page 14 of 28 |
|---|---|---|
| CHARLES D WALBRANDT<br>FIDUCIARY ASST MGMT | XXXX-XXXXX6-12009 | |

**New Activity Continued**   ** Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.

| Date | Description | Foreign Spending | Amount $ |
|---|---|---|---|
| 05/30/06 | CONTINENTAL AIRLINES WEB    WE<br>From: NEW ORLEANS LA   To: NEWARK NJ   Carrier: CO / CO   Class: YB / YB<br>Ticket Number: 00521710736901<br>Passenger Name: SWOPE/JEFFREYMR<br>Document Type: PASSENGER TICKET<br>Date of Departure: 05/31 | | 363.30 |
| 05/30/06 | GREATER AUSTIN TRANSAUSTIN    TX<br>CHARTER SERVICES<br>TAXICABS AND LIMOUSINES | | 24.00 |
| 05/31/06 | APPLE COMPUTER    CUPERTINO    CA<br>COM*PUTER/SOFTWARE<br>M212017012<br>4115494687 | | 9.80 |
| 06/01/06 | TRAVEL AGENCY SERVICE314-994-7878 MO<br>TRAVL SR0001241020711<br>Routing Details Not Available<br>Ticket Number: 00012410207110<br>Passenger Name: SWOPE/JEFFREY<br>Document Type: AGENCY MISC CHARGES ORDER<br>Date of Departure: 06/01 | | 25.00 |
| 06/01/06 | EFAX PLUS SERVICE   323-817-3205    CA<br>INTERNET SVC | | 12.95 |
| 06/01/06 | TMOBILE HOTSPOT   800-981-8563    TX<br>75007<br>TMOBILE*HOTSPOT<br>WIRELESS INT | | 29.99 |
| 06/01/06 | CVS STORE - 1069    PRINCETON    NJ<br>HEALTH/BEAUTY-AIDS | | 76.04 |
| 06/01/06 | 1-800-BOOK-A-LIMO    NEW YORK    NY<br>GENERAL MDSE | | 121.76 |
| 06/01/06 | 1-800-BOOK-A-LIMO    NEW YORK    NY<br>GENERAL MDSE | | 125.24 |
| 06/02/06 | FOUR SEASONS HOTELS NEW YORK    NY<br>LODGING | | 1,937.28 |
| 06/02/06 | HERTZ CAR RENTAL    NEWARK    NJ<br>Location<br>Rental: NEWARK NJ   Date 06/01/06<br>Return: NEWARK NJ   06/02/06<br>Agreement Number: 377672503<br>Renter Name: SWOPE /JEFFREY<br>Reference Number: 060005 | | 160.72 |
| 06/04/06 | CONTINENTAL AIRLINES WEB    WE<br>From: AUSTIN TX   To: HOUSTON TX IAH / NEW ORLEANS LA   Carrier: CO / CO / CO   Class: AL / AL / AL<br>Ticket Number: 00521712888874<br>Passenger Name: SWOPE/JEFFREYMR<br>Document Type: PASSENGER TICKET<br>Date of Departure: 06/05 | | 308.10 |
| 06/04/06 | CONTINENTAL AIRLINES WEB    WE<br>From: AUSTIN TX   To: HOUSTON TX IAH / NEW ORLEANS LA   Carrier: CO / CO / CO   Class: AL / AL / AL<br>Ticket Number: 00521712888885<br>Passenger Name: BALL/ALLISONEMS<br>Document Type: PASSENGER TICKET<br>Date of Departure: 06/05 | | 308.10 |
| 06/04/06 | WESTIN PRINCETON@FORPRINCETON    NJ<br>LODGING | | 858.23 |

*Handwritten annotations in left margin:* "Princeton NJ", "5/11/06 to 6/2/06", "New York 6/2/06 to 6/3/06", "6/3/06 to 6/5/06", "New Orleans 6/5/06 to 6/11/06"

Continued on next page



| Prepared For | Account Number | Closing Date | Page 15 of 28 |
|---|---|---|---|
| CHARLES D WALBRANDT<br>FIDUCIARY ASST MGMT | XXXX-XXXXX6-12009 | 06/20/06 | |

## New Activity Continued

\*\* Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.

| Date | Description | Foreign Spending | Amount $ |
|---|---|---|---|
| 06/05/06 | APPLE COMPUTER   CUPERTINO   CA<br>COM*PUTER/SOFTWARE<br>M214826397<br>4118223141 | | 0.99 |
| 06/05/06 | NEW ORLEANS PARKING KENNER   LA<br>PARKING FEES | | 90.00 |
| 06/06/06 | 1-800-BOOK-A-LIMO   NEW YORK   NY<br>GENERAL MDSE | | 142.32 |
| 06/06/06 | 1-800-BOOK-A-LIMO   NEW YORK   NY<br>GENERAL MDSE | | 100.80 |
| 06/07/06 | EXPEDIA INC   ATLANTA   GA<br>NORTHWEST AIRLINES<br>From:              To:                      Carrier:   Class:<br>CHARLOTTE NC   NEW ORLEANS LA   US   HA<br>                          MEMPHIS TN         NW   HA<br>                          CHARLOTTE NC     NW   HA<br>Ticket Number: 01213136653750   Date of Departure: 06/09<br>Passenger Name: BUCKLEY/CLAUDE<br>Document Type: PASSENGER TICKET | | 582.90 |
| 06/07/06 | EXPEDIA INC   ATLANTA   GA<br>NORTHWEST AIRLINES<br>From:              To:                      Carrier:   Class:<br>CHARLOTTE NC   NEW ORLEANS LA   US   HA<br>                          MEMPHIS TN         NW   HA<br>                          CHARLOTTE NC     NW   HA<br>Ticket Number: 01213136653761   Date of Departure: 06/09<br>Passenger Name: BUCKLEY/IAN<br>Document Type: PASSENGER TICKET | | 582.90 |
| 06/07/06 | EXPEDIA INC   ATLANTA   GA<br>NORTHWEST AIRLINES<br>From:              To:                      Carrier:   Class:<br>CHARLOTTE NC   NEW ORLEANS LA   US   HA<br>                          MEMPHIS TN         NW   HA<br>                          CHARLOTTE NC     NW   HA<br>Ticket Number: 01213136653772   Date of Departure: 06/09<br>Passenger Name: BUCKLEY/AIDAN<br>Document Type: PASSENGER TICKET | | 582.90 |
| 06/07/06 | EXPEDIA SVC/DLVRY FE800-397-3342   WA<br>NON-REFUNDABLE | | 15.00 |
| 06/08/06 | APPLE COMPUTER   CUPERTINO   CA<br>COM*PUTER/SOFTWARE<br>M216184679<br>4119483230 | | 5.94 |
| 06/09/06 | TRAVEL AGENCY SERVICE314-994-7878 MO<br>TRAVL SR0001289020937<br>Routing Details Not Available<br>Ticket Number: 00012890209370   Date of Departure: 06/09<br>Passenger Name: BALL/ALISON<br>Document Type: AGENCY MISC CHARGES ORDER | | 25.00 |
| 06/09/06 | TRAVEL AGENCY SERVICE314-994-7878 MO<br>TRAVL SR00012840201360<br>Routing Details Not Available<br>Ticket Number: 00012840201360   Date of Departure: 06/09<br>Passenger Name: SWOPE/JACK<br>Document Type: AGENCY MISC CHARGES ORDER | | 25.00 |

*Continued on reverse*

Prepared For  
CHARLES D WALBRANDT  
FIDUCIARY ASST MGMT

Account Number: XXXX-XXXXX6-12009

Page 16 of 28

## New Activity Continued

*Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.*

| Date | Description | Details | Carrier/Class | Amount $ |
|---|---|---|---|---|
| 06/09/06 | ALDINE TRAVEL INC  SAINT LOUIS MO<br>AMERICAN AIRLINES<br>From: NEW ORLEANS LA  To: LAGUARDIA INTL A/P<br>Ticket Number: 00113818604071<br>Passenger Name: SWOPE/JACK<br>Document Type: PASSENGER TICKET | | Carrier: AA  Class: H2<br>Date of Departure: 06/11 | 659.30 |
| 06/09/06 | ALDINE TRAVEL INC  SAINT LOUIS MO<br>AMERICAN AIRLINES<br>From: NEW ORLEANS LA  To: LAGUARDIA INTL A/P<br>Ticket Number: 00113818604082<br>Passenger Name: BALL/ALISON<br>Document Type: PASSENGER TICKET | | Carrier: AA  Class: F2<br>Date of Departure: 06/11 | 1,009.30 |
| 06/09/06 | ALDINE TRAVEL INC  SAINT LOUIS MO<br>AMERICAN AIRLINES<br>From: NEW ORLEANS LA  To: LAGUARDIA INTL A/P<br>Ticket Number: 00113818604093<br>Passenger Name: SWOPE/MILLER<br>Document Type: PASSENGER TICKET | | Carrier: AA  Class: F2<br>Date of Departure: 06/11 | 1,009.30 |
| 06/09/06 | ENTERTAINMENT REWARD 866-364-1333  MI<br>ENTERTAINMNT*REWARDS | | | 9.00 |
| 06/09/06 | KINKOS 1511  NEW ORLEANS  LA<br>0000 000000<br>LAPTOP INTERNET<br>COMPUTER RENTAL<br>XEROXN4525 | | | 10.58 |
| 06/10/06 | APPLE COMPUTER  CUPERTINO  CA<br>COM*PUTER/SOFTWARE<br>M217252155<br>4120521724 | | | 3.96 |
| 06/11/06 | AMERICAN AIRLINES  NEW ORLEANS LA<br>From: NEW ORLEANS LA  To: LAGUARDIA INTL A/P<br>Ticket Number: 00121763584312<br>Passenger Name: SWOPE/JACK<br>Document Type: ADDITIONAL COLLECTION | | Carrier: AA  Class: YU<br>Date of Departure: 06/11 | 160.00 |
| 06/11/06 | AMERICAN AIRLINES  DALLAS, TX<br>From: NEW ORLEANS LA  To: LAGUARDIA INTL A/P<br>Ticket Number: 00121487307704<br>Passenger Name: SWOPE/JEFFREY MR<br>Document Type: PASSENGER TICKET | | Carrier: AA  Class: Y2<br>Date of Departure: 06/11 | 764.30 |
| 06/11/06 | AMERICAN AIRLINES  DALLAS, TX<br>From: NEW ORLEANS LA  To: LAGUARDIA INTL A/P<br>Ticket Number: 00121487307715<br>Passenger Name: SWOPE/STEFAN<br>Document Type: PASSENGER TICKET | | Carrier: AA  Class: Y2<br>Date of Departure: 06/11 | 764.30 |
| 06/11/06 | HERTZ CAR RENTAL  NEW ORLEANS  LA<br>Location<br>Rental: NEW ORLEANS LA<br>Return: NEW ORLEANS LA<br>Agreement Number: 520870162<br>Renter Name: SWOPE /JEFFREY<br>Reference Number: 060012 | Date<br>06/07/06<br>06/11/06 | | 243.04 |
| 06/12/06 | W FRENCH QUARTER  504-5811200  LA<br>Arrival Date: 06/11/06  Departure Date: 06/11/06<br>HOTEL/LODGING<br>LODGING | | | 247.47 |

Continued on next page

Case 1:07-cv-06921-BSJ   Document 19-10   Filed 09/10/2007   Page 8 of 9



**Prepared For**
CHARLES D WALBRANDT
FIDUCIARY ASST MGMT

**Account Number**
XXXX-XXXXX6-12009

**Closing Date**
06/20/06

Page 17 of 28

| New Activity Continued | ** Foreign Currency conversion rate is base rate plus 2%. See page 2 for details. | | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 06/12/06 | WINDSOR COURT HOTEL NEW ORLEANS LA<br>Arrival Date: 05/10/06  Departure Date: 06/11/06  No of Nights: 32<br>LODGING | | | 16,070.64 |
| 06/12/06 | WINDSOR COURT HOTEL NEW ORLEANS LA<br>Arrival Date: 06/11/06  Departure Date: 06/11/06  No of Nights: 1<br>LODGING | | | 922.02 |
| 06/12/06 | STOR-ALL TCHOUPITOUL5048992238 LA<br>TRUCKING/MOVING/STORAGE | | | 140.00 |
| 06/13/06 | WINDSOR COURT HOTEL NEW ORLEANS LA<br>Arrival Date: 06/11/06  Departure Date: 06/12/06  No of Nights: 1<br>LODGING | | | 28.00 |
| 06/13/06 | WINDSOR COURT HOTEL NEW ORLEANS LA<br>Arrival Date: 06/12/06  Departure Date: 06/12/06  No of Nights: 1<br>LODGING | | | 75.00 |
| 06/13/06 | WINDSOR COURT HOTEL NEW ORLEANS LA<br>Arrival Date: 06/12/06  Departure Date: 06/12/06  No of Nights: 1<br>LODGING | | | 1,024.99 |
| 06/14/06 | WINDSOR COURT HOTEL NEW ORLEANS LA<br>Arrival Date: 06/12/06  Departure Date: 06/13/06  No of Nights: 1<br>LODGING | | | 28.00 |
| 06/14/06* | BERGDORF GOODMAN NEW YORK NY<br>011780702 DEPARTMENT STORE | | | 11,865.00 |
| 06/14/06 | MTA NYCT BROOKLYN NY<br>MVM METROCARD | | | 10.00 |
| 06/14/06 | GEISHA LOCATION NY<br>FOOD/BEVERAGE | | | 125.65 |
| 06/15/06* | BERGDORF GOODMAN NEW YORK NY<br>011780769 DEPARTMENT STORE | | | 2,370.00 |
| 06/17/06 | HERTZ CAR RENTAL FLUSHING NY<br>Location<br>Rental: FLUSHING NY     Date: 06/11/06<br>Return: NEWARK NJ             06/17/06<br>Agreement Number: 523212922<br>Renter Name: SWOPE /JEFFREY<br>Reference Number: 066018 | | | 661.26 |
| 06/18/06 | KINKOS 0217 AUSTIN TX<br>0000 000000<br>COMPUTER RENTAL<br>XEROXN4525<br>CUTTING PER CUT<br>CARD FATHERS DAY | | | 7.97 |
| 06/18/06 | APPLE COMPUTER CUPERTINO CA<br>COM*PUTER/SOFTWARE<br>M221819443<br>4124870126 | | | 1.98 |
| 06/18/06 | SAKS FIFTH AVE -202 AUSTIN TX<br>NO 5 FRAGRANCE<br>Description<br>NEL SUN<br>NEL ACCESSORIES<br>S<br>ITIONAL PURCHAS | | | 719.88 |

[handwritten annotation in left margin: "New York 6/14/06 to 6/17/06  XO"]

*Continued on reverse*

| Prepared For | Account Number | |
|---|---|---|
| CHARLES D WALBRANDT<br>FIDUCIARY ASST MGMT | XXXX-XXXXX6-12009 | Page 18 of 28 |

### New Activity Continued
*\*\* Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.*

| Date | Description | | | Foreign Spending | Amount $ |
|---|---|---|---|---|---|
| 06/18/06 | PRECISION CAMERA   AUSTIN   TX<br>CAMERAS/ACCESSORIES | | | | 2,563.39 |
| 06/19/06 | HERTZ CAR RENTAL   AUSTIN   TX | | | | 242.12 |
| | Location | | Date | | |
| | Rental: AUSTIN TX | | 06/19/06 | | |
| | Return: HOUSTON TX | | 06/19/06 | | |
| | Agreement Number: 527737162 | | | | |
| | Renter Name: SWOPE /JEFFREY | | | | |
| | Reference Number: 060019 | | | | |
| 06/19/06 | CHURCHILL IN CRESTWOKANSAS CITY   MO<br>00MISCELLANEOUS AND SPE | | | | 27,990.00 |
| 06/20/06 | APPLE COMPUTER   CUPERTINO   CA<br>COM*PUTER/SOFTWARE<br>M223436323<br>4125408335 | | | | 40.59 |
| 06/20/06 | APPLE COMPUTER   CUPERTINO   CA<br>COM*PUTER/SOFTWARE<br>M223430381<br>4125401840 | | | | 40.74 |

| Total of New Activity for JEFFREY SWOPE | | | | New Charges<br>Payments/Credits | 84,681.93<br>-2,840.78 |

### New Activity for JEFFREY S SPRAY
Card XXXX-XXXXX6-11142

| Date | Description | | | | Amount $ |
|---|---|---|---|---|---|
| 05/23/06 | FRANK MANZETTI'S #1 CHARLOTTE   NC | | | | 46.12 |
| | FOOD/BEVERAGE | | | | |
| | FOOD-BEV | 39.12 | | | |
| | WAITER | 7.00 | | | |
| 06/01/06 | USPS 3613929558   CHARLOTTE   NC<br>USPS VENDING | | | | 14.04 |
| 06/06/06 | FRANK MANZETTI'S #1 CHARLOTTE   NC | | | | 27.68 |
| | FOOD/BEVERAGE | | | | |
| | FOOD-BEV | 22.68 | | | |
| | WAITER | 5.00 | | | |
| 06/12/06 | RADIO SHACK   CHARLOTTE   NC<br>28209 | | | | 21.49 |
| 06/15/06 | TRAVEL AGENCY SERVICE314-994-7878 MO | | | | 25.00 |
| | TRAVL SR0001211030901 | | | | |
| | Routing Details Not Available | | | | |
| | Ticket Number: 00012110309010 | | Date of Departure: 06/15 | | |
| | Passenger Name: SPRAY/JEFFERY | | | | |
| | Document Type: AGENCY MISC CHARGES ORDER | | | | |
| 06/15/06 | ALDINE TRAVEL INC   SAINT LOUIS MO | | | | 627.10 |
| | US AIRWAYS | | | | |
| | From: | To: | Carrier: | Class: | |
| | CHARLOTTE NC | DULLES ARPT DC | US | MA | |
| | | CHARLOTTE NC | US | MA | |
| | Ticket Number: 03777653780036 | | Date of Departure: 06/19 | | |
| | Passenger Name: SPRAY/JEFFERY | | | | |
| | Document Type: PASSENGER TICKET | | | | |
| 06/19/06 | TRAVEL AGENCY SERVICE314-994-7878 MO | | | | 25.00 |
| | TRAVL SR0001222030027 | | | | |
| | Routing Details Not Available | | | | |
| | Ticket Number: 00012220300270 | | Date of Departure: 06/19 | | |
| | Passenger Name: SPRAY/JEFFERY | | | | |
| | Document Type: AGENCY MISC CHARGES ORDER | | | | |

Continued on next page