# EXHIBIT J

**Expense Management Reports for CHARLES WALBRANDT**

**Detailed Spending Report**
JEFFREY SWOPE
All Merchants
Year: 2005

Total Spending in this Report: $489,008.34    Total Transactions: 1198

| Cardholder Name | Process Date | Merchant Category | Subcategory | Merchant Name/Location | Amount |
|---|---|---|---|---|---|
| SWOPE, JEFFREY - 12132 | 01/05/05 | Air & Lodging | Airlines | AMERICAN AIRLINES ST LOUIS MO | $551.90 |
| SWOPE, JEFFREY - 12132 | 01/06/05 | Air & Lodging | Airlines | AMERICAN AIRLINES MANDEVILLE LA | $-641.20 |
| SWOPE, JEFFREY - 12132 | 01/07/05 | Air & Lodging | Airlines | DELTA AIR LINES MANDEVILLE LA | $1,622.10 |
| SWOPE, JEFFREY - 12132 | 01/10/05 | Air & Lodging | Airlines | DELTA AIR LINES MANDEVILLE LA | $514.40 |
| SWOPE, JEFFREY - 12132 | 01/10/05 | Air & Lodging | Airlines | DELTA AIR LINES NEW ORLEANS LA | $25.00 |
| SWOPE, JEFFREY - 12132 | 01/11/05 | Air & Lodging | Airlines | AMERICAN AIRLINES MANDEVILLE LA | $559.20 |
| SWOPE, JEFFREY - 12132 | 01/11/05 | Air & Lodging | Airlines | DELTA AIR LINES MANDEVILLE LA | $-257.20 |
| SWOPE, JEFFREY - 12132 | 01/12/05 | Air & Lodging | Airlines | CONTINENTAL AIRLINES HOUSTON TX | $10.00 |
| SWOPE, JEFFREY - 12132 | 01/13/05 | Air & Lodging | Airlines | CONTINENTAL AIRLINES BATON ROUGE LA | $5.00 |
| SWOPE, JEFFREY - 12132 | 01/13/05 | Air & Lodging | Airlines | SOUTHWEST AIRLINES DALLAS TX | $251.20 |
| SWOPE, JEFFREY - 12132 | 01/13/05 | Air & Lodging | Airlines | SOUTHWEST AIRLINES DALLAS TX | $400.90 |
| SWOPE, JEFFREY - 12132 | 01/17/05 | Air & Lodging | Airlines | DELTA AIR LINES MANDEVILLE LA | $-1,112.90 |
| SWOPE, JEFFREY - 12132 | 01/18/05 | Air & Lodging | Airlines | DELTA AIR LINES MANDEVILLE LA | $1,040.60 |
| SWOPE, JEFFREY - 12132 | 01/21/05 | Air & Lodging | Airlines | CONTINENTAL AIRLINES MANDEVILLE LA | $476.80 |
| SWOPE, JEFFREY - 12132 | 01/24/05 | Air & Lodging | Airlines | DELTA AIR LINES MANDEVILLE LA | $18.50 |
| SWOPE, JEFFREY - 12132 | 01/25/05 | Air & Lodging | Airlines | SOUTHWEST AIRLINES DALLAS TX | $-251.20 |
| SWOPE, JEFFREY - 12132 | 01/27/05 | Air & Lodging | Airlines | AMERICAN AIRLINES MANDEVILLE LA | $1,271.90 |
| SWOPE, JEFFREY - 12132 | 01/28/05 | Air & Lodging | Airlines | AMERICAN AIRLINES MANDEVILLE LA | $-414.20 |
| SWOPE, JEFFREY - 12132 | 01/28/05 | Air & Lodging | Airlines | AMERICAN AIRLINES MANDEVILLE LA | $2,131.80 |
| SWOPE, JEFFREY - 12132 | 01/28/05 | Air & Lodging | Airlines | DELTA AIR LINES MANDEVILLE LA | $-557.70 |
| SWOPE, JEFFREY - 12132 | 02/02/05 | Air & Lodging | Airlines | AMERICAN AIRLINES MANDEVILLE LA | $44.30 |
| SWOPE, JEFFREY - 12132 | 02/02/05 | Air & Lodging | Airlines | AMERICAN AIRLINES NEW ORLEANS LA | $1,054.10 |
| SWOPE, JEFFREY - 12132 | 02/02/05 | Air & Lodging | Airlines | SOUTHWEST AIRLINES DALLAS TX | $332.60 |
| SWOPE, JEFFREY - 12132 | 02/03/05 | Air & Lodging | Airlines | AMERICAN AIRLINES MANDEVILLE LA | $958.40 |
| SWOPE, JEFFREY - 12132 | 02/07/05 | Air & Lodging | Airlines | UNITED AIRLINES MANDEVILLE LA | $1,424.40 |
| SWOPE, JEFFREY - 12132 | 02/09/05 | Air & Lodging | Airlines | AMERICAN AIRLINES MANDEVILLE LA | $-958.40 |

OPEN FOR BUSINESS

**Expense Management Reports for CHARLES WALBRANDT**

Detailed Spending Report
JEFFREY SWOPE
All Merchants
Year: 2005

| Cardholder Name | Process Date | Merchant Category | Subcategory | Merchant Name/Location | Amount |
|---|---|---|---|---|---|
| SWOPE, JEFFREY - 12132 | 10/10/05 | Air & Lodging | Airlines | AMERICAN AIRLINES MANDEVILLE LA | $1,817.50 |
| SWOPE, JEFFREY - 12132 | 10/10/05 | Air & Lodging | Hotels, Motels & Resorts | THE WESTBURY HOTEL, LONDON W1A | $111.10 |
| SWOPE, JEFFREY - 12132 | 10/11/05 | Air & Lodging | Hotels, Motels & Resorts | SHERATON PARK TOWER HOTEL, LONDON | $78.42 |
| SWOPE, JEFFREY - 12132 | 10/12/05 | Air & Lodging | Airlines | BRITISH AIRWAYS RUISLIP MIDDLESEX | $204.09 |
| SWOPE, JEFFREY - 12132 | 10/12/05 | Air & Lodging | Hotels, Motels & Resorts | RITZ HOTEL, PICCADILLY, LONDON | $140.99 |
| SWOPE, JEFFREY - 12132 | 10/12/05 | Air & Lodging | Hotels, Motels & Resorts | RITZ HOTEL, PICCADILLY, LONDON | $2,541.51 |
| SWOPE, JEFFREY - 12132 | 10/17/05 | Air & Lodging | Airlines | AMERICAN AIRLINES DALLAS, TX | $1,994.00 |
| SWOPE, JEFFREY - 12132 | 10/19/05 | Air & Lodging | Airlines | AMERICAN AIRLINES DALLAS, TX | $-689.90 |
| SWOPE, JEFFREY - 12132 | 10/19/05 | Air & Lodging | Airlines | AMERICAN AIRLINES MANDEVILLE LA | $-689.90 |
| SWOPE, JEFFREY - 12132 | 11/01/05 | Air & Lodging | Airlines | AMERICAN AIRLINES DALLAS, TX | $1,476.50 |
| SWOPE, JEFFREY - 12132 | 11/05/05 | Air & Lodging | Airlines | CONTINENTAL AIRLINES NEW ORLEANS LA | $75.00 |
| SWOPE, JEFFREY - 12132 | 11/05/05 | Air & Lodging | Airlines | CONTINENTAL AIRLINES NEW ORLEANS LA | $75.00 |
| SWOPE, JEFFREY - 12132 | 11/05/05 | Air & Lodging | Airlines | CONTINENTAL AIRLINES WEB WE | $399.80 |
| SWOPE, JEFFREY - 12132 | 11/05/05 | Air & Lodging | Airlines | CONTINENTAL AIRLINES WEB WE | $399.80 |
| SWOPE, JEFFREY - 12132 | 11/07/05 | Air & Lodging | Airlines | CONTINENTAL AIRLINES NEW ORLEANS LA | $75.00 |
| SWOPE, JEFFREY - 12132 | 11/07/05 | Air & Lodging | Airlines | CONTINENTAL AIRLINES NEW ORLEANS LA | $75.00 |
| SWOPE, JEFFREY - 12132 | 11/07/05 | Air & Lodging | Airlines | CONTINENTAL AIRLINES WEB WE | $447.80 |
| SWOPE, JEFFREY - 12132 | 11/13/05 | Air & Lodging | Airlines | CONTINENTAL AIRLINES WEB WE | $447.80 |
| SWOPE, JEFFREY - 12132 | 11/14/05 | Air & Lodging | Airlines | AMERICAN AIRLINES TULSA OK | $-103.20 |
| SWOPE, JEFFREY - 12132 | 11/14/05 | Air & Lodging | Airlines | SOUTHWEST AIRLINES DALLAS TX | $139.20 |
| SWOPE, JEFFREY - 12132 | 11/16/05 | Air & Lodging | Hotels, Motels & Resorts | DANIELE HOTEL ST. LOUIS MO | $387.26 |
| SWOPE, JEFFREY - 12132 | 11/17/05 | Air & Lodging | Airlines | AMERICAN AIRLINES SAINT LOUIS MO | $562.40 |
| SWOPE, JEFFREY - 12132 | 11/21/05 | Air & Lodging | Airlines | AMERICAN AIRLINES SAINT LOUIS MO | $-562.40 |
| SWOPE, JEFFREY - 12132 | 11/22/05 | Air & Lodging | Hotels, Motels & Resorts | FOUR SEASONS HOTELS NEW YORK NY | $13.01 |
| SWOPE, JEFFREY - 12132 | 11/22/05 | Air & Lodging | Hotels, Motels & Resorts | FOUR SEASONS HOTELS NEW YORK NY | $56.83 |
| SWOPE, JEFFREY - 12132 | 11/22/05 | Air & Lodging | Hotels, Motels & Resorts | FOUR SEASONS HOTELS NEW YORK NY | $2,873.02 |
| SWOPE, JEFFREY - 12132 | 11/23/05 | Air & Lodging | Airlines | CONTINENTAL AIRLINES WEB WE | $1,094.90 |

OPEN FOR BUSINESS