SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JEFFREY O. SWOPE,                     Plaintiff,

- against -

FIDUCIARY ASSET                       Defendant.
MANAGEMENT, L.L.C.,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/13/07

07 cv 6921    (BSJ)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Matthew A. Katz  attorney for  Fiduciary Asset Management L.L.C.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Stanley Schroeder |
| Firm Name: | The Lowenbaum Partnership |
| Address: | 222 South Central Avenue, Suite 901 |
| City/State/Zip: | Clayton, Missouri 63105 |
| Telephone/Fax: | (314) 746-4835 |
| Email Address: | sschroeder@lowenbaumlaw.com |

is admitted to practice pro hac vice as counsel for  Fiduciary Asset Management L.L.C.  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 9/4/07
City, State:

*[signature]*
United States District/Magistrate Judge
9/4/07

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006