```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JEFFREY O. SWOPE,
                    Plaintiff,
         v.                              07 Cv. 6921 (BSJ)

FIDUCIARY ASSET MANAGEMENT, L.L.C.       Order

                    Defendant.
------------------------------------x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The briefing schedule in this matter is adjourned until the Court decides the issue of whether to transfer or dismiss the action in view of Judge Autrey's Order dated October 12, 2007.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 16, 2007